# EXHIBIT A27

**Invalidity Chart for U.S. Patent No. 8,717,204 Based on MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson")**

MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") anticipates and/or renders obvious claims 12-14, 20, and 21 ("asserted claims") of the '204 patent under 35 U.S.C. § 102 and/or § 103, either alone or in combination with other prior art references, and/or in combination with the knowledge of a person of ordinary skill. Nelson anticipates and/or renders obvious the asserted claims of the '204 patent as those claims have been applied by Realtime in its Infringement Contentions and/or under Defendants' understanding of the proper construction of the claims. Nothing stated herein shall be treated as an admission or suggestion that Defendants agree with Realtime regarding either the scope of any of the asserted claims or the claim constructions advanced by Realtime in its Infringement Contentions or anywhere else, or that any of Defendants' accused products meet any limitation of the asserted claims. Nothing stated herein shall be construed as an admission or a waiver of any particular construction of any claim term.

Nothing stated herein shall be construed as an admission that the asserted claims are directed to patent-eligible subject matter. Defendants reserve all rights to challenge any of the asserted claims under 35 U.S.C. § 101. Defendants also reserve all rights to challenge any of the claim terms herein under 35 U.S.C. § 112, including by arguing that they are indefinite, not supported by the written description and/or not enabled. Accordingly, nothing stated herein shall be construed as a waiver of any argument available under 35 U.S.C. § 112. Nothing stated herein shall be construed as an admission or waiver with respect to the effective filing date of any of the asserted claims.

Nelson qualifies as prior art under at least 35 U.S.C. §§ 102(a) and (b). Nelson was published in 1992, more than one year prior to the earliest possible filing date for the '204 patent. On information and belief, a system implementing technology as described in Nelson qualifies as prior art under at least 35 U.S.C. §§ 102(a) and (b). On information and belief, a system implementing technology as described in Nelson was known and/or used in the United States prior to the '204 patent. On information and belief, a system implementing technology as described in Nelson was in public use and/or on sale in the United States at least one year prior to the earliest possible filing date for the '204 patent.

The following chart includes references to the structure, function, operation, and/or features of the technology described in Nelson. Defendants reserve the right to present direct evidence of the structure, function, operation, and/or features of the technology described in Nelson (including product samples, source code, and/or witness testimony) and/or its prior art status, and to present alternative or additional documents concerning the structure, function, operation, and/or features of the technology described in Nelson and/or its prior art status, as evidence that the technology described in Nelson anticipates and/or renders obvious the asserted claims of the '204 patent.

The cited portions of Nelson are merely illustrative, and Defendants reserve the right to rely on alternative or additional evidence, including uncited portions of Nelson. Where the chart below states that Nelson "describes" or "provides for" a limitation, such disclosure may be express, inherent, or implicit.

If not anticipated, one or more claims of the '204 patent are rendered obvious in view of Nelson alone or Nelson in combination with the knowledge of a person of ordinary skill in the art. In addition, if not anticipated, one or more claims of the '204 patent are rendered obvious in view of Nelson in combination with one or more of the references identified in Defendants' Invalidity Contentions. Defendants also reserve all rights to challenge the validity of any of the claims of the '204 patent other than the asserted claims.

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| [12.0] A method for processing data, the data residing in data fields, comprising: | Nelson discloses a method for processing data, the data residing in data fields:<br><br>"Most of the JPEG-like algorithms in use today rely on powerful dedicated processors to perform compression and decompression. Software-only techniques on general purpose desktop processors are still fairly slow. JPEG compression can achieve impressive compression ratios, reducing the storage required by images to less than 10% of the size of the original with only very slight loss of resolution. By sacrificing more resolution, you can compress images to 95% or more using JPEG." p. 510<br><br>"The primary purpose of this book is to explain various data-compression techniques using the C programming language. Data compression seeks to reduce the number of bits used to store or transmit information. It encompasses a wide variety of software and hardware compression techniques which can be so unlike one another that they have little in common except that they compress data." p. 1<br><br>"As memory becomes cheaper and processors become more powerful, however, schemes such as the ones shown here may become practical. They could be applied today to circumstances in which either storage or transmission costs are extremely high." p. 187<br><br>"Compressing data when sending it to magnetic tape has several nice side effects. First, it reduces the use of magnetic tape. Though magnetic tape is not particulary [sic] expensive, some applications make prodigous [sic] use of it. Second, the effective transfer rate to and from the tape is increased. Improvements in transfer speed through hardware are generally expensive, but compression through software is in a sense 'free.' Finally, in some cases, the overall CPU time involved may actually be reduced. If the CPU cost of writing a byte to magnetic tape is sufficiently high, writing half as many compressed bytes may save enough cycles to pay for the compression.<br><br>While the benefits of compressing data before sending it to magnetic tape have been clear, only sporadic methods were used until the late 1980s. In 1989, however, Stac Electronics successfully implemented a dictionary-based compression algorithm on a chip. This algorithm was quickly embraced as an industry standard and is now widely used by tape-drive manufacturers worldwide.<br><br>This compression method is generally referred to by the standard which defines it: QIC-122. (QIC refers to the Quarter Inch Cartridge industry group, a trade association of tape-drive manufacturers.) Stac Electronics is now attempting to expand the scope of this algorithm beyond tape drives to the hard disk market.<br><br>QIC-122 provides a good example of how a sliding-window, dictionary-based compression algorithm actually works. It is based on the LZ77 sliding-window concept. As symbols are read in by the encoder, they are added to the end of a 2K window that forms the phrase dictionary. To encode a symbol, the |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | encoder checks to see if it is part of a phrase already in the dictionary. If it is, it creates a token that defines the location of the phrase and its length. If it is not, the symbol is passed through unencoded.<br><br>The output of a QIC-122 encoder consists of a stream of data, which, in turn, consists of tokens and symbols freely intermixed. Each token or symbol is prefixed by a single bit flag that indicates whether the following data is a dictionary reference or a plain symbol. The definitions for these two sequences are: (1) plaintext: <1> <eightbit-symbol>; (2) dictionary reference: <0> <window-offset> <phrase-length>." p. 223<br><br>"the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from other manufacturers." p. 229<br><br>"One of the first data-compression patents was granted to Sperry Corp. (now Unisys) for the improvements to LZ78 developed by Terry Welch at the Sperry Research Center. In fact, this patent became a point of contention during the standardization process for the V.42bis data-communications standard. Since V.42bis is based on the LZW algorithm, Unisys claimed the right to collect royalties on implementations which use V.42bis. There was some concern in the CCITT about the effect of basing a standard on a patented technique. Unisys dampened concern while protecting its patent rights by publicly offering to license the algorithm to any modem manufacturer for a onetime $25,000 fee." p. 231<br><br>"One note of caution regarding the use of the LZW algorithm. Terry Welch filed for, and was awarded, a U.S. patent coveting at least some portions of his algorithm. This patent is presently assigned to Unisys, which has made public its intention to protect its intellectual property rights. LZW compression is defined as part of the CCITT V.42bis specification, and Unisys has defined specific terms under which it will license the algorithm to modem manufacturers. It has not stated that it will apply the same terms to any and all parties manufacturing other types of products. Clearly LZW is a derivative work of the LZ78 algorithm, but defining the boundaries of what is covered by the patent and what is not probably requires the assistance of a skilled patent attorney. Over the past ten years, quite a few software copyright battles have been fought in the courts, enough so that software developers can sensibly use some general rules. The same cannot be said for software patents. The U.S. patent office has only begun issuing these patents in a major way since the mid 1980s, and very little significant litigation has made its way through the courts. Programmers and manufacturers would be wise to seek competent counsel before stepping into these waters." p. 311<br><br>"CCITT is the International Telegraph and Telephone Consultative Committee. This standards |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | organization is responsible for the sanctioning of many compression and transmission methods in use today, including several PCM and ADPCM techniques, FAX transmission, and the evolving JPEG and MPEG standards." p. 506<br><br>"Jacob Ziv and Abraham Lempel published a pair of papers in 1977 and 1978 that described two different dictionary-based compression techniques. LZ77 substituted strings from a fixed-size window into previously seen text. LZ78 builds up a phrase dictionary from previously seen text, with no limit on how far back a phrase may have appeared. These papers spurred a flurry of activity by other researchers who refined these techniques, resulting in compression algorithms that were superior to earlier statistical-based Huffman coding. Dictionary methods are widely-used today in V.42bis modems, in software such as LHarc, ARJ, and PKZIP, and in QIC magnetic tape drives." p. 511<br><br>"Run Length Encoding, or RLE, is a simple technique used to compress runs of identical symbols in a data stream. Typically RLE encodes a nan of symbols as a symbol and a count." p. 513<br><br>To the extent it is found that the element is not expressly disclosed  in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art.  Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein |
| [12.1] recognizing any characteristic, attribute, or parameter of the data; | Nelson discloses recognizing any characteristic, attribute, or parameter of the data:<br><br>"* The CAR manager program is capable of handling many different forms of<br>* compression. All the compression program has to do is obey a few<br>* simple rules. First of all, the compression routine is required<br>* to calculate the 32-bit CRC of the uncompressed data, and store the<br>* result in the file Header, so it can be written out by the Insert()<br>* routine. The expansion routine calculates the CRC of the file it<br>* creates, and returns it to Extract() for a check against the Header<br>* value. Second, the compression routine is required to quit if its<br>* output is going to exceed ,the length of the input file. It needs to<br>* quit *before* the output length passes the input, or problems will<br>* result. The compression routine is required to return a true or false<br>* value indicating whether or not the compression was a success. And<br>* finally, the expansion routine is expected to leave the file pointer |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | \* to the Input CAR file positioned at the first byte of the next file<br>\* header. This means it has to read in all the bytes of the compressed<br>\* data, no more or less." p. 472<br><br>"\* Note that this routine checks carefully to be sure that it doesn't<br>\* ever write out more data than was in the original uncompressed file.<br>\* It returns a 0 if this happens, which filters back to the compression<br>\* program, so that it can abort if this happens." p. 482<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26<br><br>"If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:<br><br>1. To parse the input text stream into fragments tested against the dictionary.<br>2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.<br>3. To add new phrases to the dictionary.<br>4. To encode dictionary indices and plain text so that they are distinguishable." p. 222<br><br>"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223<br><br>"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | into two areas: general-purpose programs and hardware-specific code. |

As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.

Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.

Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.

Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utilizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.

But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229

"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p.

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | 233 |
| | "LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241 |
| | "The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241 |
| | "As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer. |
| | Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression. |
| | LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.

To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.

The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285

```
"old_string[ 0 ] = getc(input);
old_string[ 1 ] = '\0';
while ( !feof( input ) ) {
        character = getc( input );
        strcpy( new_string, old_string );
        strncat( new_string, &character, 1 );
        if ( in_dictionary( new_string ) )
                strcpy( old_string, new_string );
        else {
                code = look_up_dictionary( old_string );
                output_code( code );
                add_to_dictionary( new_string );
                old_string[ 0 ] = character;
                old_string[ 1 ] = '\0';
        }
}
code = look_up_dictionary( old_string );
output_code( code );" p. 285
```

"A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output.

Input String:  " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                new_string = dictionary_lookup( new_code );
                fputs( new_string, output );
                append_char_to_string( old_string, new_string[ 0 ] );
                add_to_dictionary( old_string );
                strcpy( old_string, new_string );

        }
```

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292

"next_code = FIRST_CODE;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>for ( i = 0 ; i < TABLE_SIZE ; i++ )<br>        dict[ i ].code_value = UNUSED;<br>if ( ( string_code = getc( input ) ) == EOF )<br>        string_code = END_OF_STREAM;<br>while ( ( character = getc( input ) ) != EOF ) {<br>        index = find_child_node( string_code, character );<br>        if ( dict[ index ].code_value != - i)<br>                string_code = dict[ index ].code_value;<br>        else {<br>                if ( next_code <= MAX_CODE ) {<br>                        dict[ index ].code_value = next_code++;<br>                        dict[ index ].parent_code = string_code;<br>                        dict[ index ].character = (char) character;<br>                }<br>                OutputBits( output, string_code, BITS );<br>                string_code = character;<br>        }<br>}<br>OutputBits( output, string_code, BITS );<br>OutputBits( output, END_OF_STREAM, BITS );" p. 293<br><br>"unsigned int decode_string( count, code )<br>unsigned int count;<br>unsigned int code;<br>{<br>        while ( code > 255 ) {<br>                decode_stack[ count++ ] = dict[ code ].character;<br>                code = dict[ code ].parent_code;<br>        }<br>        decode_stack[ count++ ] = (char) code;<br>        return( count );<br>}" p. 295<br><br>"next_code = FIRST_CODE;<br>old_code = InputBits( input, BITS );<br>if ( old_code == END_OF_STREAM )<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        return;
character = old_code;
putc( old_code, output );
while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {
        if ( new_code >= next_code ) {
                decode_stack[ 0 ] = (char) character;
                count = decode_string( 1, old_code );
        }
        else
                count = decode_string( 0, new_code );
        character = decode_stack[ count - 1 ];
        while ( count > 0 )
                putc( decode_stack[ --count ], output );
        if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
        }
        old_code = new_code;
}" pp. 295-296
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW12.C *************************
*
* This is 12 bit LZW program, which is discussed in the first part
* of the chapter. It uses a fixed size code, and does not attempt
* to flush the dictionary after it fills up.
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```c
/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage          = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*/


struct dictionary {
  int code_value;
  int parent_code;
  char character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
* The compressor is short and simple. It reads in new symbols one
* at a time from the input file. It then checks to see if the
* combination of the current symbol and the current code are already
* defined in the dictionary. If they are not, they are added to the
* dictionary, and we start over with a new one symbol code. If they
* are, the code for the combination of the code and character becomes
* our new code.
*/

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
{
    int next_code;
    int character;
    int string_code;
    unsigned int index;
    unsigned int i;

    next_code = FIRST_CODE;
    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - 1)
            string_code = dict[ index ].code_value;
        else {
            if ( next_code <= MAX_CODE ) {
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            dict[ index ].code_value = next_code++;
            dict[ index ].parent_code = string_code;
            dict[ index ].character = (char) character;
        }
        OutputBits( output, (unsigned long) string_code, BITS );
        string_code = character;
    }
}
OutputBits( output, (unsigned long) string_code, BITS );
OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ ); }


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, the convert the codes to a string of characters.
 * The only catch in the whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>    character = old_code;<br>    putc( old_code, output );<br><br>while ( ( new_code = (unsigned int) InputBits( input, BITS ) )<br>        != END_OF_STREAM ) {<br>/*<br>** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER<br>** case which generates an undefined code. It handles it by decoding<br>** the last code, and adding a single character to the end of the<br>** decode string.<br>*/<br>    if ( new_code >= next_code ) {<br>       decode_stack[ 0 ] = (char) character;<br>       count = decode_string( 1, old_code );<br>    }<br>    else<br>       count  = decode_string( 0, new_code );<br>    character = decode_stack[ count - 1 ];<br>    while ( count > 0 )<br>       putc( decode_stack[ --count ], output );</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
            }
            old_code = new_code;
        }
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
    }


/*
* This hashing routine is responsible for finding the table location
* for a string/character combination. The table index is created
* by using an exclusive OR combination of the prefix and character.
* This code also has to check for collisions, and handles them by
* jumping around in the table.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
    int index;
    int offset;

    index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
    if ( index == 0 )
      offset = 1;
    else
      offset = TABLE_SIZE - index;
    for ( ; ; ) {
      if ( dict[ index ].code_value == UNUSED )
        return( index );
      if ( dict[ index ].parent_code == parent_code &&
          dict[ index ].character == (char) child_character )
        return( index );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            index -= offset;
            if ( index < 0 )
                index += TABLE_SIZE;
        }
    }
    /*
    * This routine decodes a string from the dictionary, and stores it
    * in the decode_stack data structure. It returns a count to the
    * calling program of how many characters were placed in the stack.
    */

    unsigned int decode_string( count, code )
    unsigned int count;
    unsigned int code;
    {
        while ( code > 255 ) {
            decode_stack[ count++ ] = dict[ code ].character;
            code = dict[ code ].parent_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        }
    decode_stack[ count++ ] = (char) code;
    return( count );
  }


/************************* End of LZW12.C *************************/
```<br><br>pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```/*********************** Start of LZW15V.C ***********************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>/*
 * Constants used throughout the program. BITS defines the maximum
 * number of bits that can be used in the output code. TABLE_SIZE defines
 * the size of the dictionary table. TABLE_BANKS are the number of
 * 256 element dictionary pages needed. The code defines should be
 * self-explanatory.
 */</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#define BITS           15
#define MAX_CODE       (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE     35023L
#define TABLE_BANKS    ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM  256
#define BUMP_CODE      257
#define FLUSH_CODE     258
#define FIRST_CODE     259
#define UNUSED         -1


/*
 * Local prototypes.
 */
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage           = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*
* Note that in order to handle 16 bit segmented compilers, such as most
* of the MS-DOS compilers, it was necessary to break up the dictionary
* into a table of smaller dictionary pointers. Every reference to the
* dictionary was replaced by a macro that did a pointer dereference
* first. By breaking up the index along byte boundaries we should be as
* efficient as possible.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>struct dictionary<br>{<br>    int code_value;<br>    int parent_code;<br>    char character;<br>} *dict[ TABLE_BANKS ];<br><br>#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]<br><br>/*<br> * Other global data structures. The decode_stack is used to reverse<br> * strings that come out of the tree during decoding. next_code is the<br> * next code to be added to the dictionary, both during compression and<br> * decompression. current_code_bits defines how many bits are currently<br> * being used for output, and next_bump_code defines the code that will<br> * trigger the next jump in word size.<br> */<br><br>char decode_stack[ TABLE_SIZE ];<br>unsigned int next_code;<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
* This routine is used to initialize the dictionary, both when the
* compressor or decompressor first starts up, and also when a flush
* code comes in. Note that even though the decompressor sets all
* the code_value elements to UNUSED, it doesn't really need to.
*/

void InitializeDictionary( void )
{
  unsigned int i;

  for ( i = 0 ; i < TABLE_SIZE ; i++ )
    DICT( i ).code_value = UNUSED;
  next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( 'F', stdout );
current_code_bits = 9;
next_bump_code = 511;
}


/*
* This routine allocates the dictionary. Since the total size of the
* dictionary is much larger than 64K, it can't be allocated as a single
* object. Instead, it is allocated as a set of pointers to smaller
* dictionary objects. The special DICT() macro is used to translate
* indices into pairs of references.
*/

void InitializeStorage( void )
{
  int i;

  for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
    dict[ i ] = (struct dictionary *)
                  calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        if ( dict[ i ] == NULL )
            fatal_error( "Error allocating dictionary space" );
        }
    }


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code. Note that in this enhanced version of LZW, the
 * encoder needs to check the codes for boundary conditions.
 */

void CompressFile( input, output, argc, argv )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
  int character;
  int string_code;
  unsigned int index;

  InitializeStorage();
  InitializeDictionary();
  if ( ( string_code = getc( input ) ) == EOF )
    string_code = END_OF_STREAM;
  while ( ( character = getc( input ) ) != EOF ) {
    index = find_child_node( string_code, character );
    if ( DICT( index ).code_value != - 1)
      string_code = DICT( index ).code_value;
    else {
      DICT( index ).code_value = next_code++;
      DICT( index ).parent_code = string_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
            (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
              (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
              (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>    }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, then convert the codes to a string of characters.
 * The only catch in then whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception. All of the special
 * input codes are handled in various ways.
 */

void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>int argc;<br>char *argv[];<br>{<br>  unsigned int new_code;<br>  unsigned int old_code;<br>  int character;<br>  unsigned int count;<br><br>  InitializeStorage();<br>  while ( argc-- > 0 )<br>    printf( "Unknown argument: %s\n", *argv++ );<br>  for ( ; ; ) {<br>    InitializeDictionary();<br>    old_code = (unsigned int) InputBits( input, current_code_bits );<br>    if ( old_code == END_OF_STREAM )<br>      return;<br>    character = old_code;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>            putc( decode_stack[ -count ], output );<br>        DICT( next_code ).parent_code = old_code;<br>        DICT( next_code ).character = (char) character;<br>        next_code++;<br>        old_code = new_code;<br>      }<br>    }<br>}<br><br>/*<br>* This hashing routine is responsible for finding the table location<br>* for a string/character combination. The table index is created<br>* by using an exclusive OR combination of the prefix and character.<br>* This code also has to check for collisions, and handles them by<br>* jumping around in the table.<br>*/<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
          else
              index += TABLE_SIZE - offset;
      }
  }


  /*
  * This routine decodes a string from the dictionary, and stores it
  * in the decode_stack data structure. It returns a count to the
  * calling program of how many characters were placed in the stack.
  */

  unsigned int decode_string( count, code )
  unsigned int count;
  unsigned int code;
  {
    while ( code > 255 ) {
        decode_stack[ count++ ] = DICT( code ).character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
        code = DICT( code ).parent_code;

    }
    decode_stack[ count++ ] = (char) code;
    return( count );

}



/************************ End of LZW15V.C ************************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412 |

"As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412

"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376

"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.

To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.

The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382

"* The second complication lies in the fact that some files are not very
* compressible. In fact, for some files the LZSS algorithm may actually
* cause the file to expand. In these cases, the compression routine
* gives up and passes a failure code back to Insert(). When this
* happens, the routine has to seek back to the start of the file, rewind

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art.  Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein |
| [12.2] selecting an encoder associated with the recognized characteristic, attribute, or parameter of the data; | Nelson discloses selecting an encoder associated with the recognized characteristic, attribute, or parameter of the data:<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26 |

"If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:

1. To parse the input text stream into fragments tested against the dictionary.
2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.
3. To add new phrases to the dictionary.
4. To encode dictionary indices and plain text so that they are distinguishable." p. 222

"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223

"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code.

As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.

Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.

Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.

Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utililizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.

But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229

"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233

"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241 <br><br> "The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241 <br><br> "As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer. <br><br> Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression. <br><br> LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases. <br><br> To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream. <br><br> The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285 <br><br> "old_string[ 0 ] = getc(input);<br>old_string[ 1 ] = '\0';<br>while ( !feof( input ) ) { |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | character = getc( input ); <br> strcpy( new_string, old_string ); <br> strncat( new_string, &character, 1 ); <br> if ( in_dictionary( new_string ) ) <br>       strcpy( old_string, new_string ); <br> else { <br>       code = look_up_dictionary( old_string ); <br>       output_code( code ); <br>       add_to_dictionary( new_string ); <br>       old_string[ 0 ] = character; <br>       old_string[ 1 ] = '\0'; <br>       } <br>     } <br> code = look_up_dictionary( old_string ); <br> output_code( code );" p. 285 <br><br> "A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output. |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

Input String:  " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
      new_string = dictionary_lookup( new_code );
      fputs( new_string, output );
      append_char_to_string( old_string, new_string[ 0 ] );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
            add_to_dictionary( old_string );
            strcpy( old_string, new_string );

        }
```

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292

"next_code = FIRST_CODE;
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - i)
                string_code = dict[ index ].code_value;
        else {
                if ( next_code <= MAX_CODE ) {
                        dict[ index ].code_value = next_code++;
                        dict[ index ].parent_code = string_code;
                        dict[ index ].character = (char) character;
                }
                OutputBits( output, string_code, BITS );
                string_code = character;
        }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293

"unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
                code = dict[ code ].parent_code;
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
}" p. 295

"next_code = FIRST_CODE;
old_code = InputBits( input, BITS );
if ( old_code == END_OF_STREAM )
        return;
character = old_code;
putc( old_code, output );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {<br>        if ( new_code >= next_code ) {<br>                decode_stack[ 0 ] = (char) character;<br>                count = decode_string( 1, old_code );<br>        }<br>        else<br>                count = decode_string( 0, new_code );<br>        character = decode_stack[ count - 1 ];<br>        while ( count > 0 )<br>                putc( decode_stack[ --count ], output );<br>        if ( next_code <= MAX_CODE ) {<br>                dict[ next_code ].parent_code = old_code;<br>                dict[ next_code ].character = (char) character;<br>                next_code++;<br>        }<br>        old_code = new_code;<br>}" pp. 295-296<br><br>/************************** Start of LZW12.C **************************<br>*<br>* This is 12 bit LZW program, which is discussed in the first part<br>* of the chapter. It uses a fixed size code, and does not attempt<br>* to flush the dictionary after it fills up.<br>*/<br>#include <stdio.h><br>#include <stdlib.h><br>#include <string.h><br>#include "errhand.h"<br>#include "bitio.h"<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage           = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 */


struct dictionary {
    int code_value;
    int parent_code;
    char character;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
{
    int next_code;
    int character;
    int string_code;
    unsigned int index;
    unsigned int i;

    next_code = FIRST_CODE;
    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - 1)
            string_code = dict[ index ].code_value;
        else {
            if ( next_code <= MAX_CODE ) {
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
                    dict[ index ].code_value = next_code++;
                    dict[ index ].parent_code = string_code;
                    dict[ index ].character = (char) character;
                }
                OutputBits( output, (unsigned long) string_code, BITS );
                string_code = character;
            }
        }
        OutputBits( output, (unsigned long) string_code, BITS );
        OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
        while ( argc-- > 0 )
            printf( "Unknown argument: %s\n", *argv++ ); }


/*
* The file expander operates much like the encoder. It has to
* read in codes, the convert the codes to a string of characters.
* The only catch in the whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
    character = old_code;
    putc( old_code, output );

while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
          != END_OF_STREAM ) {
/*
** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
** case which generates an undefined code. It handles it by decoding
** the last code, and adding a single character to the end of the
** decode string.
*/
    if ( new_code >= next_code ) {
        decode_stack[ 0 ] = (char) character;
        count = decode_string( 1, old_code );
    }
    else
        count  = decode_string( 0, new_code );
    character = decode_stack[ count - 1 ];
    while ( count > 0 )
        putc( decode_stack[ --count ], output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (code block below) |

```
        if ( next_code <= MAX_CODE ) {
            dict[ next_code ].parent_code = old_code;
            dict[ next_code ].character = (char) character;
            next_code++;
        }
        old_code = new_code;
    }
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
* This hashing routine is responsible for finding the table location
* for a string/character combination. The table index is created
* by using an exclusive OR combination of the prefix and character.
* This code also has to check for collisions, and handles them by
* jumping around in the table.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
        dict[ index ].character == (char) child_character )
      return( index );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
        index -= offset;
        if ( index < 0 )
            index += TABLE_SIZE;
    }
}
/*
 * This routine decodes a string from the dictionary, and stores it
 * in the decode_stack data structure. It returns a count to the
 * calling program of how many characters were placed in the stack.
 */

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
    while ( code > 255 ) {
        decode_stack[ count++ ] = dict[ code ].character;
        code = dict[ code ].parent_code;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    }
    decode_stack[ count++ ] = (char) code;
    return( count );
}


/************************* End of LZW12.C *************************/
```
pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
/************************** Start of LZW15V.C **************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```<br>/*<br> * Constants used throughout the program. BITS defines the maximum<br> * number of bits that can be used in the output code. TABLE_SIZE defines<br> * the size of the dictionary table. TABLE_BANKS are the number of<br> * 256 element dictionary pages needed. The code defines should be<br> * self-explanatory.<br> */<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#define BITS            15
#define MAX_CODE        (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE      35023L
#define TABLE_BANKS     ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM   256
#define BUMP_CODE       257
#define FLUSH_CODE      258
#define FIRST_CODE      259
#define UNUSED          -1


/*
* Local prototypes.
*/
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage           = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 *
 * Note that in order to handle 16 bit segmented compilers, such as most
 * of the MS-DOS compilers, it was necessary to break up the dictionary
 * into a table of smaller dictionary pointers. Every reference to the
 * dictionary was replaced by a macro that did a pointer dereference
 * first. By breaking up the index along byte boundaries we should be as
 * efficient as possible.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
struct dictionary
{
  int code_value;
  int parent_code;
  char character;
} *dict[ TABLE_BANKS ];

#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]

/*
 * Other global data structures. The decode_stack is used to reverse
 * strings that come out of the tree during decoding. next_code is the
 * next code to be added to the dictionary, both during compression and
 * decompression. current_code_bits defines how many bits are currently
 * being used for output, and next_bump_code defines the code that will
 * trigger the next jump in word size.
 */

char decode_stack[ TABLE_SIZE ];
unsigned int next_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
* This routine is used to initialize the dictionary, both when the
* compressor or decompressor first starts up, and also when a flush
* code comes in. Note that even though the decompressor sets all
* the code_value elements to UNUSED, it doesn't really need to.
*/

void InitializeDictionary( void )
{
    unsigned int i;

    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        DICT( i ).code_value = UNUSED;
    next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( 'F', stdout );
current_code_bits = 9;
next_bump_code = 511;
}


/*
* This routine allocates the dictionary. Since the total size of the
* dictionary is much larger than 64K, it can't be allocated as a single
* object. Instead, it is allocated as a set of pointers to smaller
* dictionary objects. The special DICT() macro is used to translate
* indices into pairs of references.
*/

void InitializeStorage( void )
{
  int i;

  for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
    dict[ i ] = (struct dictionary *)
                    calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | (see code below) |

```
        if ( dict[ i ] == NULL )
            fatal_error( "Error allocating dictionary space" );
        }
    }


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code. Note that in this enhanced version of LZW, the
 * encoder needs to check the codes for boundary conditions.
 */


void CompressFile( input, output, argc, argv )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
  int character;
  int string_code;
  unsigned int index;

  InitializeStorage();
  InitializeDictionary();
  if ( ( string_code = getc( input ) ) == EOF )
    string_code = END_OF_STREAM;
  while ( ( character = getc( input ) ) != EOF ) {
    index = find_child_node( string_code, character );
    if ( DICT( index ).code_value != - 1)
      string_code = DICT( index ).code_value;
    else {
      DICT( index ).code_value = next_code++;
      DICT( index ).parent_code = string_code;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
            (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
              (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
              (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
* The file expander operates much like the encoder. It has to
* read in codes, then convert the codes to a string of characters.
* The only catch in then whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception. All of the special
* input codes are handled in various ways.
*/


void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int argc;
char *argv[];
{
  unsigned int new_code;
  unsigned int old_code;
  int character;
  unsigned int count;

  InitializeStorage();
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
  for ( ; ; ) {
    InitializeDictionary();
    old_code = (unsigned int) InputBits( input, current_code_bits );
    if ( old_code == END_OF_STREAM )
      return;
    character = old_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>putc( old_code, output );<br>for ( ; ; ) {<br>  new_code = (unsigned int) InputBits( input, current_code_bits );<br>  if ( new_code == END_OF_STREAM )<br>    return;<br>  if ( new_code == FLUSH_CODE )<br>    break;<br>  if ( new_code == BUMP_CODE ) {<br>    current_code_bits++;<br>    putc( 'B', stdout );<br>    continue;<br>  }<br>  if ( new_code >= next_code ) {<br>    decode_stack[ 0 ] = (char) character;<br>    count = decode_string( 1, old_code );<br>  }<br>  else<br>    count = decode_string( 0, new_code );<br>  character = decode_stack[ count - 1 ];<br>  while ( count > 0 )<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                    putc( decode_stack[ -count ], output );
                DICT( next_code ).parent_code = old_code;
                DICT( next_code ).character = (char) character;
                next_code++;
                old_code = new_code;
            }
        }
    }


    /*
     * This hashing routine is responsible for finding the table location
     * for a string/character combination. The table index is created
     * by using an exclusive OR combination of the prefix and character.
     * This code also has to check for collisions, and handles them by
     * jumping around in the table.
     */
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br><br> |

```
                else
                    index += TABLE_SIZE - offset;
            }
        }


        /*
        * This routine decodes a string from the dictionary, and stores it
        * in the decode_stack data structure. It returns a count to the
        * calling program of how many characters were placed in the stack.
        */


        unsigned int decode_string( count, code )
        unsigned int count;
        unsigned int code;
        {
            while ( code > 255 ) {
                decode_stack[ count++ ] = DICT( code ).character;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
      code = DICT( code ).parent_code;

  }
  decode_stack[ count++ ] = (char) code;
  return( count );

}



/************************* End of LZW15V.C *************************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412<br><br>"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376<br><br>"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.<br><br>To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.<br><br>The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382<br><br>"* The second complication lies in the fact that some files are not very<br>* compressible. In fact, for some files the LZSS algorithm may actually<br>* cause the file to expand. In these cases, the compression routine<br>* gives up and passes a failure code back to Insert(). When this<br>* happens, the routine has to seek back to the start of the file, rewind |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art. Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [12.3] compressing the data with the selected encoder utilizing at least one state machine to provide compressed data having a compression ratio of over 4:1; and | Nelson discloses compressing the data with the selected encoder utilizing at least one state machine to provide compressed data having a compression ratio of over 4:1:<br><br>"Dig beneath the surface of virtually any dictionary-based compression program, and you will find the work of Jacob Ziv and Abraham Lempel. For all practical purposes, these two Israeli researchers gave birth to this branch of information theory in the late 1970s.<br><br>Research in data compression up to 1977 included work on entropy, character and word frequencies, and various other facets of statistical modeling. There were minor forays into other esoteric areas of interest, |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | such as finite state machines and linguistic models, but research went mainly into new and improved methodologies for driving Huffman coders."

"Most of the JPEG-like algorithms in use today rely on powerful dedicated processors to perform compression and decompression. Software-only techniques on general purpose desktop processors are still fairly slow. JPEG compression can achieve impressive compression ratios, reducing the storage required by images to less than 10% of the size of the original with only very slight loss of resolution. By sacrificing more resolution, you can compress images to 95% or more using JPEG." p. 510

"The primary purpose of this book is to explain various data-compression techniques using the C programming language. Data compression seeks to reduce the number of bits used to store or transmit information. It encompasses a wide variety of software and hardware compression techniques which can be so unlike one another that they have little in common except that they compress data." p. 1

"As memory becomes cheaper and processors become more powerful, however, schemes such as the ones shown here may become practical. They could be applied today to circumstances in which either storage or transmission costs are extremely high." p. 187

"Compressing data when sending it to magnetic tape has several nice side effects. First, it reduces the use of magnetic tape. Though magnetic tape is not particulary [sic] expensive, some applications make prodigous [sic] use of it. Second, the effective transfer rate to and from the tape is increased. Improvements in transfer speed through hardware are generally expensive, but compression through software is in a sense 'free.' Finally, in some cases, the overall CPU time involved may actually be reduced. If the CPU cost of writing a byte to magnetic tape is sufficiently high, writing half as many compressed bytes may save enough cycles to pay for the compression.

While the benefits of compressing data before sending it to magnetic tape have been clear, only sporadic methods were used until the late 1980s. In 1989, however, Stac Electronics successfully implemented a dictionary-based compression algorithm on a chip. This algorithm was quickly embraced as an industry standard and is now widely used by tape-drive manufacturers worldwide.

This compression method is generally referred to by the standard which defines it: QIC-122. (QIC refers to the Quarter Inch Cartridge industry group, a trade association of tape-drive manufacturers.) Stac Electronics is now attempting to expand the scope of this algorithm beyond tape drives to the hard disk market.

QIC-122 provides a good example of how a sliding-window, dictionary-based compression algorithm actually works. It is based on the LZ77 sliding-window concept. As symbols are read in by the encoder, |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | they are added to the end of a 2K window that forms the phrase dictionary. To encode a symbol, the encoder checks to see if it is part of a phrase already in the dictionary. If it is, it creates a token that defines the location of the phrase and its length. If it is not, the symbol is passed through unencoded.<br><br>The output of a QIC-122 encoder consists of a stream of data, which, in turn, consists of tokens and symbols freely intermixed. Each token or symbol is prefixed by a single bit flag that indicates whether the following data is a dictionary reference or a plain symbol. The definitions for these two sequences are: (1) plaintext: <1> <eightbit-symbol>; (2) dictionary reference: <0> <window-offset> <phrase-length>." p. 223<br><br>"the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from other manufacturers." p. 229<br><br>"One of the first data-compression patents was granted to Sperry Corp. (now Unisys) for the improvements to LZ78 developed by Terry Welch at the Sperry Research Center. In fact, this patent became a point of contention during the standardization process for the V.42bis data-communications standard. Since V.42bis is based on the LZW algorithm, Unisys claimed the fight to collect royalties on implementations which use V.42bis. There was some concern in the CCITT about the effect of basing a standard on a patented technique. Unisys dampened concern while protecting its patent rights by publicly offering to license the algorithm to any modem manufacturer for a onetime $25,000 fee." p. 231<br><br>"One note of caution regarding the use of the LZW algorithm. Terry Welch filed for, and was awarded, a U.S. patent coveting at least some portions of his algorithm. This patent is presently assigned to Unisys, which has made public its intention to protect its intellectual property rights. LZW compression is defined as part of the CCITT V.42bis specification, and Unisys has defined specific terms under which it will license the algorithm to modem manufacturers. It has not stated that it will apply the same terms to any and all parties manufacturing other types of products. Clearly LZW is a derivative work of the LZ78 algorithm, but defining the boundaries of what is covered by the patent and what is not probably requires the assistance of a skilled patent attorney. Over the past ten years, quite a few software copyright battles have been fought in the courts, enough so that software developers can sensibly use some general rules. The same cannot be said for software patents. The U.S. patent office has only begun issuing these patents in a major way since the mid 1980s, and very little significant litigation has made its way through the courts. Programmers and manufacturers would be wise to seek competent counsel before stepping into these waters." p. 311 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "CCITT is the International Telegraph and Telephone Consultative Committee. This standards organization is responsible for the sanctioning of many compression and transmission methods in use today, including several PCM and ADPCM techniques, FAX transmission, and the evolving JPEG and MPEG standards." p. 506<br><br>"Jacob Ziv and Abraham Lempel published a pair of papers in 1977 and 1978 that described two different dictionary-based compression techniques. LZ77 substituted strings from a fixed-size window into previously seen text. LZ78 builds up a phrase dictionary from previously seen text, with no limit on how far back a phrase may have appeared. These papers spurred a flurry of activity by other researchers who refined these techniques, resulting in compression algorithms that were superior to earlier statistical-based Huffman coding. Dictionary methods are widely-used today in V.42bis modems, in software such as LHarc, ARJ, and PKZIP, and in QIC magnetic tape drives." p. 511<br><br>"Run Length Encoding, or RLE, is a simple technique used to compress runs of identical symbols in a data stream. Typically RLE encodes a nan of symbols as a symbol and a count." p. 513<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art.  Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [12.4] point-to-point transmitting the compressed data to a client; | Nelson discloses point-to-point transmitting the compressed data to a client:<br><br>"* The CAR manager program is capable of handling many different forms of<br>* compression. All the compression program has to do is obey a few<br>* simple rules. First of all, the compression routine is required<br>* to calculate the 32-bit CRC of the uncompressed data, and store the<br>* result in the file Header, so it can be written out by the Insert()<br>* routine. The expansion routine calculates the CRC of the file it<br>* creates, and returns it to Extract() for a check against the Header<br>* value. Second, the compression routine is required to quit if its<br>* output is going to exceed ,the length of the input file. It needs to<br>* quit *before* the output length passes the input, or problems will<br>* result. The compression routine is required to return a true or false<br>* value indicating whether or not the compression was a success. And |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * finally, the expansion routine is expected to leave the file pointer<br>* to the Input CAR file positioned at the first byte of the next file<br>* header. This means it has to read in all the bytes of the compressed<br>* data, no more or less." p. 472<br><br>"* Note that this routine checks carefully to be sure that it doesn't<br>* ever write out more data than was in the original uncompressed file.<br>* It returns a 0 if this happens, which filters back to the compression<br>* program, so that it can abort if this happens." p. 482<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26<br><br>"If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:<br><br>1. To parse the input text stream into fragments tested against the dictionary.<br>2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.<br>3. To add new phrases to the dictionary.<br>4. To encode dictionary indices and plain text so that they are distinguishable." p. 222<br><br>"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223<br><br>"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | into two areas: general-purpose programs and hardware-specific code. |

into two areas: general-purpose programs and hardware-specific code.

As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.

Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.

Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.

Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utilizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.

But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229

"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p.

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | 233 |

233

"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241

"The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241

"As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer.

Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression.

LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.

To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.

The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285

```
"old_string[ 0 ] = getc(input);
old_string[ 1 ] = '\0';
while ( !feof( input ) ) {
        character = getc( input );
        strcpy( new_string, old_string );
        strncat( new_string, &character, 1 );
        if ( in_dictionary( new_string ) )
                strcpy( old_string, new_string );
        else {
                code = look_up_dictionary( old_string );
                output_code( code );
                add_to_dictionary( new_string );
                old_string[ 0 ] = character;
                old_string[ 1 ] = '\0';
        }
}
code = look_up_dictionary( old_string );
output_code( code );" p. 285
```

"A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output.

Input String: " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) ) != EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                            new_string = dictionary_lookup( new_code );
                            fputs( new_string, output );
                            append_char_to_string( old_string, new_string[ 0 ] );
                            add_to_dictionary( old_string );
                            strcpy( old_string, new_string );

                    }
```

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292
```

"next_code = FIRST_CODE;

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - i )
                string_code = dict[ index ].code_value;
        else {
                if ( next_code <= MAX_CODE ) {
                        dict[ index ].code_value = next_code++;
                        dict[ index ].parent_code = string_code;
                        dict[ index ].character = (char) character;
                }
                OutputBits( output, string_code, BITS );
                string_code = character;
        }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293

"unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
                code = dict[ code ].parent_code;
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
}" p. 295

"next_code = FIRST_CODE;
old_code = InputBits( input, BITS );
if ( old_code == END_OF_STREAM )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```                    return;<br>character = old_code;<br>putc( old_code, output );<br>while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {<br>        if ( new_code >= next_code ) {<br>                decode_stack[ 0 ] = (char) character;<br>                count = decode_string( 1, old_code );<br>        }<br>        else<br>                count = decode_string( 0, new_code );<br>        character = decode_stack[ count - 1 ];<br>        while ( count > 0 )<br>                putc( decode_stack[ --count ], output );<br>        if ( next_code <= MAX_CODE ) {<br>                dict[ next_code ].parent_code = old_code;<br>                dict[ next_code ].character = (char) character;<br>                next_code++;<br>        }<br>        old_code = new_code;<br>}" pp. 295-296``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW12.C *************************
*
* This is 12 bit LZW program, which is discussed in the first part
* of the chapter. It uses a fixed size code, and does not attempt
* to flush the dictionary after it fills up.
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage            = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 */


struct dictionary {
    int code_value;
    int parent_code;
    char character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>{<br>    int next_code;<br>    int character;<br>    int string_code;<br>    unsigned int index;<br>    unsigned int i;<br><br>    next_code = FIRST_CODE;<br>    for ( i = 0 ; i < TABLE_SIZE ; i++ )<br>        dict[ i ].code_value = UNUSED;<br>    if ( ( string_code = getc( input ) ) == EOF )<br>        string_code = END_OF_STREAM;<br>    while ( ( character = getc( input ) ) != EOF ) {<br>        index = find_child_node( string_code, character );<br>        if ( dict[ index ].code_value != - 1)<br>            string_code = dict[ index ].code_value;<br>        else {<br>            if ( next_code <= MAX_CODE ) {</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | (see code below) |

```
                    dict[ index ].code_value = next_code++;
                    dict[ index ].parent_code = string_code;
                    dict[ index ].character = (char) character;
                }
            OutputBits( output, (unsigned long) string_code, BITS );
            string_code = character;
            }
        }
    OutputBits( output, (unsigned long) string_code, BITS );
    OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ ); }


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, the convert the codes to a string of characters.
 * The only catch in the whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
      character = old_code;
      putc( old_code, output );

   while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
              != END_OF_STREAM ) {
   /*
   ** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
   ** case which generates an undefined code. It handles it by decoding
   ** the last code, and adding a single character to the end of the
   ** decode string.
   */
       if ( new_code >= next_code ) {
         decode_stack[ 0 ] = (char) character;
         count = decode_string( 1, old_code );
       }
       else
         count  = decode_string( 0, new_code );
       character = decode_stack[ count - 1 ];
       while ( count > 0 )
         putc( decode_stack[ --count ], output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
if ( next_code <= MAX_CODE ) {
    dict[ next_code ].parent_code = old_code;
    dict[ next_code ].character = (char) character;
    next_code++;
    }
    old_code = new_code;
  }
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
}


/*
* This hashing routine is responsible for finding the table location
* for a string/character combination. The table index is created
* by using an exclusive OR combination of the prefix and character.
* This code also has to check for collisions, and handles them by
* jumping around in the table.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | (code below) |

```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
         dict[ index ].character == (char) child_character )
      return( index );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>        index -= offset;<br>        if ( index < 0 )<br>            index += TABLE_SIZE;<br>    }<br>}<br>/*<br> * This routine decodes a string from the dictionary, and stores it<br> * in the decode_stack data structure. It returns a count to the<br> * calling program of how many characters were placed in the stack.<br> */<br><br>unsigned int decode_string( count, code )<br>unsigned int count;<br>unsigned int code;<br>{<br>    while ( code > 255 ) {<br>        decode_stack[ count++ ] = dict[ code ].character;<br>        code = dict[ code ].parent_code;<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```<br>    }<br>    decode_stack[ count++ ] = (char) code;<br>    return( count );<br>  }<br><br><br>/************************* End of LZW12.C *************************/<br>```<br>pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW15V.C *************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
* Constants used throughout the program. BITS defines the maximum
* number of bits that can be used in the output code. TABLE_SIZE defines
* the size of the dictionary table. TABLE_BANKS are the number of
* 256 element dictionary pages needed. The code defines should be
* self-explanatory.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>#define BITS          15
#define MAX_CODE      (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE    35023L
#define TABLE_BANKS   ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM 256
#define BUMP_CODE     257
#define FLUSH_CODE    258
#define FIRST_CODE    259
#define UNUSED        -1


/*
* Local prototypes.
*/
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage          = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*
* Note that in order to handle 16 bit segmented compilers, such as most
* of the MS-DOS compilers, it was necessary to break up the dictionary
* into a table of smaller dictionary pointers. Every reference to the
* dictionary was replaced by a macro that did a pointer dereference
* first. By breaking up the index along byte boundaries we should be as
* efficient as possible.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
struct dictionary
{
    int code_value;
    int parent_code;
    char character;
} *dict[ TABLE_BANKS ];

#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]


/*
 * Other global data structures. The decode_stack is used to reverse
 * strings that come out of the tree during decoding. next_code is the
 * next code to be added to the dictionary, both during compression and
 * decompression. current_code_bits defines how many bits are currently
 * being used for output, and next_bump_code defines the code that will
 * trigger the next jump in word size.
 */


char decode_stack[ TABLE_SIZE ];
unsigned int next_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
 * This routine is used to initialize the dictionary, both when the
 * compressor or decompressor first starts up, and also when a flush
 * code comes in. Note that even though the decompressor sets all
 * the code_value elements to UNUSED, it doesn't really need to.
 */

void InitializeDictionary( void )
{
  unsigned int i;

  for ( i = 0 ; i < TABLE_SIZE ; i++ )
    DICT( i ).code_value = UNUSED;
  next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( 'F', stdout );
current_code_bits = 9;
next_bump_code = 511;
}


/*
 * This routine allocates the dictionary. Since the total size of the
 * dictionary is much larger than 64K, it can't be allocated as a single
 * object. Instead, it is allocated as a set of pointers to smaller
 * dictionary objects. The special DICT() macro is used to translate
 * indices into pairs of references.
 */

void InitializeStorage( void )
{
    int i;

    for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
        dict[ i ] = (struct dictionary *)
                    calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
if ( dict[ i ] == NULL )
    fatal_error( "Error allocating dictionary space" );
    }
}


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code. Note that in this enhanced version of LZW, the
 * encoder needs to check the codes for boundary conditions.
 */


void CompressFile( input, output, argc, argv )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
  int character;
  int string_code;
  unsigned int index;

  InitializeStorage();
  InitializeDictionary();
  if ( ( string_code = getc( input ) ) == EOF )
    string_code = END_OF_STREAM;
  while ( ( character = getc( input ) ) != EOF ) {
    index = find_child_node( string_code, character );
    if ( DICT( index ).code_value != - 1)
      string_code = DICT( index ).code_value;
    else {
      DICT( index ).code_value = next_code++;
      DICT( index ).parent_code = string_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
               (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
                 (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
                 (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>        }<br>        OutputBits( output, (unsigned long) string_code, current_code_bits );<br>        OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);<br>        while ( argc-- > 0 )<br>            printf( "Unknown argument: %s\n", *argv++ );<br>    }<br><br><br>    /*<br>    * The file expander operates much like the encoder. It has to<br>    * read in codes, then convert the codes to a string of characters.<br>    * The only catch in then whole operation occurs when the encoder<br>    * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this<br>    * occurs, the encoder outputs a code that is not presently defined<br>    * in the table. This is handled as an exception. All of the special<br>    * input codes are handled in various ways.<br>    */<br><br><br>    void ExpandFile( input, output, argc, argv )<br>    BIT_FILE *input;<br>    FILE *output;<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>int argc;
char *argv[];
{
  unsigned int new_code;
  unsigned int old_code;
  int character;
  unsigned int count;

  InitializeStorage();
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
  for ( ; ; ) {
    InitializeDictionary();
    old_code = (unsigned int) InputBits( input, current_code_bits );
    if ( old_code == END_OF_STREAM )
      return;
    character = old_code;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>                putc( decode_stack[ -count ], output );<br>            DICT( next_code ).parent_code = old_code;<br>            DICT( next_code ).character = (char) character;<br>            next_code++;<br>            old_code = new_code;<br>          }<br>        }<br>    }<br><br>    /*<br>     * This hashing routine is responsible for finding the table location<br>     * for a string/character combination. The table index is created<br>     * by using an exclusive OR combination of the prefix and character.<br>     * This code also has to check for collisions, and handles them by<br>     * jumping around in the table.<br>     */</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    else
        index += TABLE_SIZE - offset;
    }
}


/*
* This routine decodes a string from the dictionary, and stores it
* in the decode_stack data structure. It returns a count to the
* calling program of how many characters were placed in the stack.
*/

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
    while ( code > 255 ) {
        decode_stack[ count++ ] = DICT( code ).character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
        code = DICT( code ).parent_code;

    }
    decode_stack[ count++ ] = (char) code;
    return( count );

}



/*********************** End of LZW15V.C ***********************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412

"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376

"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.

To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.

The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382

"* The second complication lies in the fact that some files are not very
* compressible. In fact, for some files the LZSS algorithm may actually
* cause the file to expand. In these cases, the compression routine
* gives up and passes a failure code back to Insert(). When this
* happens, the routine has to seek back to the start of the file, rewind |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art. Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [12.5] wherein the compressing and the transmitting occur over a period of time which is less than a time to transmit the data in an uncompressed form. | Nelson discloses the compressing and the transmitting occur over a period of time which is less than a time to transmit the data in an uncompressed form:<br><br>"* The CAR manager program is capable of handling many different forms of<br>* compression. All the compression program has to do is obey a few<br>* simple rules. First of all, the compression routine is required<br>* to calculate the 32-bit CRC of the uncompressed data, and store the |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * result in the file Header, so it can be written out by the Insert()<br>* routine. The expansion routine calculates the CRC of the file it<br>* creates, and returns it to Extract() for a check against the Header<br>* value. Second, the compression routine is required to quit if its<br>* output is going to exceed ,the length of the input file. It needs to<br>* quit *before* the output length passes the input, or problems will<br>* result. The compression routine is required to return a true or false<br>* value indicating whether or not the compression was a success. And<br>* finally, the expansion routine is expected to leave the file pointer<br>* to the Input CAR file positioned at the first byte of the next file<br>* header. This means it has to read in all the bytes of the compressed<br>* data, no more or less." p. 472<br><br>"* Note that this routine checks carefully to be sure that it doesn't<br>* ever write out more data than was in the original uncompressed file.<br>* It returns a 0 if this happens, which filters back to the compression<br>* program, so that it can abort if this happens." p. 482<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26<br><br>"If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:<br><br>1. To parse the input text stream into fragments tested against the dictionary.<br>2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.<br>3. To add new phrases to the dictionary.<br>4. To encode dictionary indices and plain text so that they are distinguishable." p. 222<br><br>"The corresponding decompression program has a slightly different set of requirements. It no longer has to |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
| --- | --- |
| | parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223 |

<p style="margin-left:5em">"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code.</p>

<p style="margin-left:5em">As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.</p>

<p style="margin-left:5em">Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.</p>

<p style="margin-left:5em">Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.</p>

<p style="margin-left:5em">Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utillizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.</p>

<p style="margin-left:5em">But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem</p>

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229 |

"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233

"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241

"The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241

"As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer.<br><br>Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression.<br><br>LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.<br><br>To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.<br><br>The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285<br><br><pre>"old_string[ 0 ] = getc(input);<br>old_string[ 1 ] = '\0';<br>while ( !feof( input ) ) {<br>        character = getc( input );<br>        strcpy( new_string, old_string );<br>        strncat( new_string, &character, 1 );<br>        if ( in_dictionary( new_string ) )<br>                strcpy( old_string, new_string );<br>        else {<br>                code = look_up_dictionary( old_string );<br>                output_code( code );<br>                add_to_dictionary( new_string );<br>                old_string[ 0 ] = character;<br>                old_string[ 1 ] = '\0';<br>        }<br>}<br>code = look_up_dictionary( old_string );</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

output_code( code );" p. 285

"A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output.

Input String:   " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.<br><br>_code_block_1_<br><br>Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287<br><br>_code_block_2_ |

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
        new_string = dictionary_lookup( new_code );
        fputs( new_string, output );
        append_char_to_string( old_string, new_string[ 0 ] );
        add_to_dictionary( old_string );
        strcpy( old_string, new_string );

}
```

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292

"next_code = FIRST_CODE;
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - i )
                string_code = dict[ index ].code_value;
        else {
                if ( next_code <= MAX_CODE ) {
                        dict[ index ].code_value = next_code++;
                        dict[ index ].parent_code = string_code;
                        dict[ index ].character = (char) character;
                }
                OutputBits( output, string_code, BITS );
                string_code = character;
        }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293

"unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
                    code = dict[ code ].parent_code;
            }
            decode_stack[ count++ ] = (char) code;
            return( count );
}" p. 295

"next_code = FIRST_CODE;
old_code = InputBits( input, BITS );
if ( old_code == END_OF_STREAM )
        return;
character = old_code;
putc( old_code, output );
while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {
        if ( new_code >= next_code ) {
                decode_stack[ 0 ] = (char) character;
                count = decode_string( 1, old_code );
        }
        else
                count = decode_string( 0, new_code );
        character = decode_stack[ count - 1 ];
        while ( count > 0 )
                putc( decode_stack[ --count ], output );
        if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
        }
        old_code = new_code;
}" pp. 295-296
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```/************************ Start of LZW12.C ************************``` <br> ```*``` <br> ```* This is 12 bit LZW program, which is discussed in the first part``` <br> ```* of the chapter. It uses a fixed size code, and does not attempt``` <br> ```* to flush the dictionary after it fills up.``` <br> ```*/``` <br> ```#include <stdio.h>``` <br> ```#include <stdlib.h>``` <br> ```#include <string.h>``` <br> ```#include "errhand.h"``` <br> ```#include "bitio.h"``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage         = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*/


struct dictionary {
   int code_value;
   int parent_code;
   char character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
{
    int next_code;
    int character;
    int string_code;
    unsigned int index;
    unsigned int i;

    next_code = FIRST_CODE;
    for ( i = 0 ; i < TABLE_SIZE ; i++ )
      dict[ i ].code_value = UNUSED;
    if ( ( string_code = getc( input ) ) == EOF )
      string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
      index = find_child_node( string_code, character );
      if ( dict[ index ].code_value != - 1)
        string_code = dict[ index ].code_value;
      else {
        if ( next_code <= MAX_CODE ) {
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
                     dict[ index ].code_value = next_code++;
                     dict[ index ].parent_code = string_code;
                     dict[ index ].character = (char) character;
                 }
             OutputBits( output, (unsigned long) string_code, BITS );
             string_code = character;
           }
         }
         OutputBits( output, (unsigned long) string_code, BITS );
         OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
         while ( argc-- > 0 )
            printf( "Unknown argument: %s\n", *argv++ ); }


    /*
    * The file expander operates much like the encoder. It has to
    * read in codes, the convert the codes to a string of characters.
    * The only catch in the whole operation occurs when the encoder
    * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
    * occurs, the encoder outputs a code that is not presently defined
    * in the table. This is handled as an exception.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>*/<br>void ExpandFile( input, output, argc, argv )<br>BIT_FILE *input;<br>FILE *output;<br>int argc;<br>char *argv[];<br>{<br>    unsigned int next_code;<br>    unsigned int new_code;<br>    unsigned int old_code;<br>    int character;<br>    unsigned int count;<br><br>    next_code = FIRST_CODE;<br>    old_code = (unsigned int) InputBits( input, BITS );<br>    if ( old_code == END_OF_STREAM )<br>        return;<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    character = old_code;
    putc( old_code, output );

  while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
          != END_OF_STREAM ) {
/*
** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
** case which generates an undefined code. It handles it by decoding
** the last code, and adding a single character to the end of the
** decode string.
*/
      if ( new_code >= next_code ) {
        decode_stack[ 0 ] = (char) character;
        count = decode_string( 1, old_code );
      }
      else
        count  = decode_string( 0, new_code );
      character = decode_stack[ count - 1 ];
      while ( count > 0 )
        putc( decode_stack[ --count ], output );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        if ( next_code <= MAX_CODE ) {
          dict[ next_code ].parent_code = old_code;
          dict[ next_code ].character = (char) character;
          next_code++;
        }
        old_code = new_code;
      }
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
    }


    /*
    * This hashing routine is responsible for finding the table location
    * for a string/character combination. The table index is created
    * by using an exclusive OR combination of the prefix and character.
    * This code also has to check for collisions, and handles them by
    * jumping around in the table.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
      dict[ index ].character == (char) child_character )
      return( index );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        index -= offset;
        if ( index < 0 )
            index += TABLE_SIZE;
     }
 }
/*
 * This routine decodes a string from the dictionary, and stores it
 * in the decode_stack data structure. It returns a count to the
 * calling program of how many characters were placed in the stack.
 */

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
    while ( code > 255 ) {
        decode_stack[ count++ ] = dict[ code ].character;
        code = dict[ code ].parent_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```<br>        }<br>        decode_stack[ count++ ] = (char) code;<br>        return( count );<br>    }<br><br><br>    /************************* End of LZW12.C *************************/<br>```<br><br>pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW15V.C *************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines the maximum
 * number of bits that can be used in the output code. TABLE_SIZE defines
 * the size of the dictionary table. TABLE_BANKS are the number of
 * 256 element dictionary pages needed. The code defines should be
 * self-explanatory.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>#define BITS              15
#define MAX_CODE          (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE        35023L
#define TABLE_BANKS       ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM     256
#define BUMP_CODE         257
#define FLUSH_CODE        258
#define FIRST_CODE        259
#define UNUSED            -1


/*
* Local prototypes.
*/
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage          = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*
* Note that in order to handle 16 bit segmented compilers, such as most
* of the MS-DOS compilers, it was necessary to break up the dictionary
* into a table of smaller dictionary pointers. Every reference to the
* dictionary was replaced by a macro that did a pointer dereference
* first. By breaking up the index along byte boundaries we should be as
* efficient as possible.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
struct dictionary
{
  int code_value;
  int parent_code;
  char character;
} *dict[ TABLE_BANKS ];

#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]

/*
* Other global data structures. The decode_stack is used to reverse
* strings that come out of the tree during decoding. next_code is the
* next code to be added to the dictionary, both during compression and
* decompression. current_code_bits defines how many bits are currently
* being used for output, and next_bump_code defines the code that will
* trigger the next jump in word size.
*/

char decode_stack[ TABLE_SIZE ];
unsigned int next_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
 * This routine is used to initialize the dictionary, both when the
 * compressor or decompressor first starts up, and also when a flush
 * code comes in. Note that even though the decompressor sets all
 * the code_value elements to UNUSED, it doesn't really need to.
 */

void InitializeDictionary( void )
{
    unsigned int i;

    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        DICT( i ).code_value = UNUSED;
    next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
| --- | --- |
| | ```
    putc( 'F', stdout );
    current_code_bits = 9;
    next_bump_code = 511;
}


/*
 * This routine allocates the dictionary. Since the total size of the
 * dictionary is much larger than 64K, it can't be allocated as a single
 * object. Instead, it is allocated as a set of pointers to smaller
 * dictionary objects. The special DICT() macro is used to translate
 * indices into pairs of references.
 */

void InitializeStorage( void )
{
  int i;

  for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
    dict[ i ] = (struct dictionary *)
                  calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
if ( dict[ i ] == NULL )
    fatal_error( "Error allocating dictionary space" );
  }
}


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code. Note that in this enhanced version of LZW, the
 * encoder needs to check the codes for boundary conditions.
 */

void CompressFile( input, output, argc, argv )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre><code>FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
    int character;
    int string_code;
    unsigned int index;

    InitializeStorage();
    InitializeDictionary();
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( DICT( index ).code_value != - 1)
            string_code = DICT( index ).code_value;
        else {
            DICT( index ).code_value = next_code++;
            DICT( index ).parent_code = string_code;</code></pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
            (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
              (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
              (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br> |

```
        }
        OutputBits( output, (unsigned long) string_code, current_code_bits );
        OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
        while ( argc-- > 0 )
            printf( "Unknown argument: %s\n", *argv++ );
    }


    /*
    * The file expander operates much like the encoder. It has to
    * read in codes, then convert the codes to a string of characters.
    * The only catch in then whole operation occurs when the encoder
    * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
    * occurs, the encoder outputs a code that is not presently defined
    * in the table. This is handled as an exception. All of the special
    * input codes are handled in various ways.
    */


    void ExpandFile( input, output, argc, argv )
    BIT_FILE *input;
    FILE *output;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int argc;
char *argv[];
{
  unsigned int new_code;
  unsigned int old_code;
  int character;
  unsigned int count;

  InitializeStorage();
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
  for ( ; ; ) {
    InitializeDictionary();
    old_code = (unsigned int) InputBits( input, current_code_bits );
    if ( old_code == END_OF_STREAM )
      return;
    character = old_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```<br>                putc( decode_stack[ -count ], output );<br>            DICT( next_code ).parent_code = old_code;<br>            DICT( next_code ).character = (char) character;<br>            next_code++;<br>            old_code = new_code;<br>          }<br>        }<br>      }<br><br>      /*<br>       * This hashing routine is responsible for finding the table location<br>       * for a string/character combination. The table index is created<br>       * by using an exclusive OR combination of the prefix and character.<br>       * This code also has to check for collisions, and handles them by<br>       * jumping around in the table.<br>       */<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
              else
                  index += TABLE_SIZE - offset;
          }
      }


      /*
       * This routine decodes a string from the dictionary, and stores it
       * in the decode_stack data structure. It returns a count to the
       * calling program of how many characters were placed in the stack.
       */

      unsigned int decode_string( count, code )
      unsigned int count;
      unsigned int code;
      {
        while ( code > 255 ) {
          decode_stack[ count++ ] = DICT( code ).character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
    code = DICT( code ).parent_code;

  }
  decode_stack[ count++ ] = (char) code;
  return( count );

}



/*********************** End of LZW15V.C ***********************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412 |

"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376

"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.

To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.

The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382

"* The second complication lies in the fact that some files are not very
* compressible. In fact, for some files the LZSS algorithm may actually
* cause the file to expand. In these cases, the compression routine
* gives up and passes a failure code back to Insert(). When this
* happens, the routine has to seek back to the start of the file, rewind

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) (“Nelson”) |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up.” p. 469<br><br>“Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in ‘a 4:1 compression ratio.’ Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the ‘best’ compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as ‘bits per byte.’” p. 507<br><br>“Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary.” p. 508<br><br>“An Escape code is a special symbol used to ’escape’ from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded.” p. 508<br><br>“Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files.” p. 510<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art. Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [13.0] The method of claim 12, further comprising: decompressing the compressed data at the client; and | Nelson discloses decompressing the compressed data at the client:<br><br>“ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code.” p. 26<br><br>“If the dictionary index used here could be encoded as an integer index into a table, we would achieve |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:<br><br>1. To parse the input text stream into fragments tested against the dictionary.<br>2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.<br>3. To add new phrases to the dictionary.<br>4. To encode dictionary indices and plain text so that they are distinguishable." p. 222<br><br>"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223<br><br>"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code.<br><br>As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.<br><br>Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.<br><br>Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
| --- | --- |
| | 2,400 baud, compressing images becomes even more crucial. |

2,400 baud, compressing images becomes even more crucial.

Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utililizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.

But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229

"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233

"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241

"The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241 |

"As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer.

Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression.

LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.

To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.

The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285

```
"old_string[ 0 ] = getc(input);
old_string[ 1 ] = '\0';
while ( !feof( input ) ) {
        character = getc( input );
        strcpy( new_string, old_string );
        strncat( new_string, &character, 1 );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```if ( in_dictionary( new_string ) )        strcpy( old_string, new_string );    else {        code = look_up_dictionary( old_string );        output_code( code );        add_to_dictionary( new_string );        old_string[ 0 ] = character;        old_string[ 1 ] = '\0';    }}code = look_up_dictionary( old_string );output_code( code );" p. 285```<br><br>"A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output. |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

Input String: " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
    new_string = dictionary_lookup( new_code );
    fputs( new_string, output );
    append_char_to_string( old_string, new_string[ 0 ] );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                              add_to_dictionary( old_string );
                              strcpy( old_string, new_string );

                          }
```

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
          int index;
          int offset;

          index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
          if ( index == 0 )
                  offset = 1;
          else
                  offset = TABLE_SIZE - index;
          for ( ;; ) {
                  if ( dict[ index ].code_value == UNUSED )
                          return( index );
                  if ( dict[ index ].parent_code == parent_code &&
                          dict[ index ].character == (char) child_character )
                  return( index );
                  index -= offset;
                  if ( index < 0 )
                          index += TABLE_SIZE;
          }
}" pp. 291-292

"next_code = FIRST_CODE;
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                    string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
            index = find_child_node( string_code, character );
            if ( dict[ index ].code_value != - i )
                    string_code = dict[ index ].code_value;
            else {
                    if ( next_code <= MAX_CODE ) {
                            dict[ index ].code_value = next_code++;
                            dict[ index ].parent_code = string_code;
                            dict[ index ].character = (char) character;
                    }
                    OutputBits( output, string_code, BITS );
                    string_code = character;
            }
    }
    OutputBits( output, string_code, BITS );
    OutputBits( output, END_OF_STREAM, BITS );" p. 293

    "unsigned int decode_string( count, code )
    unsigned int count;
    unsigned int code;
    {
            while ( code > 255 ) {
                    decode_stack[ count++ ] = dict[ code ].character;
                    code = dict[ code ].parent_code;
            }
            decode_stack[ count++ ] = (char) code;
            return( count );
    }" p. 295

    "next_code = FIRST_CODE;
    old_code = InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
            return;
    character = old_code;
    putc( old_code, output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {
        if ( new_code >= next_code ) {
                decode_stack[ 0 ] = (char) character;
                count = decode_string( 1, old_code );
        }
        else
                count = decode_string( 0, new_code );
        character = decode_stack[ count - 1 ];
        while ( count > 0 )
                putc( decode_stack[ --count ], output );
        if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
        }
        old_code = new_code;
}" pp. 295-296
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
                         dict[ index ].code_value = next_code++;
                         dict[ index ].parent_code = string_code;
                         dict[ index ].character = (char) character;
                       }
                     OutputBits( output, (unsigned long) string_code, BITS );
                     string_code = character;
                   }
                 }
                 OutputBits( output, (unsigned long) string_code, BITS );
                 OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
                 while ( argc-- > 0 )
                     printf( "Unknown argument: %s\n", *argv++ ); }


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, the convert the codes to a string of characters.
 * The only catch in the whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
          character = old_code;
          putc( old_code, output );

      while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
               != END_OF_STREAM ) {
      /*
      ** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
      ** case which generates an undefined code. It handles it by decoding
      ** the last code, and adding a single character to the end of the
      ** decode string.
      */
          if ( new_code >= next_code ) {
            decode_stack[ 0 ] = (char) character;
            count = decode_string( 1, old_code );
          }
          else
            count  = decode_string( 0, new_code );
          character = decode_stack[ count - 1 ];
          while ( count > 0 )
            putc( decode_stack[ --count ], output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (code content below) |

```
                    if ( next_code <= MAX_CODE ) {
                        dict[ next_code ].parent_code = old_code;
                        dict[ next_code ].character = (char) character;
                        next_code++;
                    }
                    old_code = new_code;
                }
            while ( argc-- > 0 )
                printf( "Unknown argument: %s\n", *argv++ );
            }


            /*
            * This hashing routine is responsible for finding the table location
            * for a string/character combination. The table index is created
            * by using an exclusive OR combination of the prefix and character.
            * This code also has to check for collisions, and handles them by
            * jumping around in the table.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
       dict[ index ].character == (char) child_character )
       return( index );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        index -= offset;
        if ( index < 0 )
            index += TABLE_SIZE;
    }
}
/*
 * This routine decodes a string from the dictionary, and stores it
 * in the decode_stack data structure. It returns a count to the
 * calling program of how many characters were placed in the stack.
 */

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
    while ( code > 255 ) {
        decode_stack[ count++ ] = dict[ code ].character;
        code = dict[ code ].parent_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
    }


    /************************* End of LZW12.C *************************/
```
pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, then convert the codes to a string of characters.
 * The only catch in then whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception. All of the special
 * input codes are handled in various ways.
 */


void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>int argc;
char *argv[];
{
  unsigned int new_code;
  unsigned int old_code;
  int character;
  unsigned int count;

  InitializeStorage();
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
  for ( ; ; ) {
    InitializeDictionary();
    old_code = (unsigned int) InputBits( input, current_code_bits );
    if ( old_code == END_OF_STREAM )
      return;
    character = old_code;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <code>putc( old_code, output );</code><br><code>for ( ; ; ) {</code><br>... |

```
putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        putc( decode_stack[ -count ], output );
    DICT( next_code ).parent_code = old_code;
    DICT( next_code ).character = (char) character;
    next_code++;
    old_code = new_code;
        }
      }
    }

/*
* This hashing routine is responsible for finding the table location
* for a string/character combination. The table index is created
* by using an exclusive OR combination of the prefix and character.
* This code also has to check for collisions, and handles them by
* jumping around in the table.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>      else
          index += TABLE_SIZE - offset;
    }
  }


  /*
  * This routine decodes a string from the dictionary, and stores it
  * in the decode_stack data structure. It returns a count to the
  * calling program of how many characters were placed in the stack.
  */

  unsigned int decode_string( count, code )
  unsigned int count;
  unsigned int code;
  {
    while ( code > 255 ) {
        decode_stack[ count++ ] = DICT( code ).character;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
        code = DICT( code ).parent_code;

    }

    decode_stack[ count++ ] = (char) code;

    return( count );

}




/*********************** End of LZW15V.C ***********************/
```

pp. 302-311

"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376

"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.

To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.

The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382<br><br>"* The second complication lies in the fact that some files are not very<br>* compressible. In fact, for some files the LZSS algorithm may actually<br>* cause the file to expand. In these cases, the compression routine<br>* gives up and passes a failure code back to Insert(). When this<br>* happens, the routine has to seek back to the start of the file, rewind<br>* the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art. Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [13.1] wherein the compressing, the transmitting, and the decompressing occur over a period of time that is less than the time to transmit the data in uncompressed | Nelson further discloses the compressing, the transmitting, and the decompressing occur over a period of time that is less than the time to transmit the data in uncompressed form:<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| form. | or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26<br><br>"If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:<br><br>1. To parse the input text stream into fragments tested against the dictionary.<br>2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.<br>3. To add new phrases to the dictionary.<br>4. To encode dictionary indices and plain text so that they are distinguishable." p. 222<br><br>"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223<br><br>"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code.<br><br>As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.<br><br>Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.<br><br>Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.

Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utililizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.

But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229

"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233

"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241 <br><br> "The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241 <br><br> "As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer. <br><br> Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression. <br><br> LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases. <br><br> To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream. <br><br> The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285 <br><br> "old_string[ 0 ] = getc(input); <br> old_string[ 1 ] = '\0'; <br> while ( !feof( input ) ) { <br>     character = getc( input ); |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
strcpy( new_string, old_string );
strncat( new_string, &character, 1 );
if ( in_dictionary( new_string ) )
        strcpy( old_string, new_string );
else {
        code = look_up_dictionary( old_string );
        output_code( code );
        add_to_dictionary( new_string );
        old_string[ 0 ] = character;
        old_string[ 1 ] = '\0';
    }
}
code = look_up_dictionary( old_string );
output_code( code );" p. 285
```<br><br>"A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output. |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

Input String:  " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
    new_string = dictionary_lookup( new_code );
    fputs( new_string, output );
    append_char_to_string( old_string, new_string[ 0 ] );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            add_to_dictionary( old_string );
            strcpy( old_string, new_string );

    }
```

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292
```

```
"next_code = FIRST_CODE;
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - i )
                string_code = dict[ index ].code_value;
        else {
                if ( next_code <= MAX_CODE ) {
                        dict[ index ].code_value = next_code++;
                        dict[ index ].parent_code = string_code;
                        dict[ index ].character = (char) character;
                }
                OutputBits( output, string_code, BITS );
                string_code = character;
        }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293
``` "unsigned int decode_string( count, code ) unsigned int count; unsigned int code; ```
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
                code = dict[ code ].parent_code;
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
}" p. 295
``` "next_code = FIRST_CODE; old_code = InputBits( input, BITS ); if ( old_code == END_OF_STREAM ) ```
        return;
character = old_code;
putc( old_code, output );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {
        if ( new_code >= next_code ) {
                decode_stack[ 0 ] = (char) character;
                count = decode_string( 1, old_code );
        }
        else
                count = decode_string( 0, new_code );
        character = decode_stack[ count - 1 ];
        while ( count > 0 )
                putc( decode_stack[ --count ], output );
        if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
        }
        old_code = new_code;
}" pp. 295-296


/************************* Start of LZW12.C *************************
*
* This is 12 bit LZW program, which is discussed in the first part
* of the chapter. It uses a fixed size code, and does not attempt
* to flush the dictionary after it fills up.
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage           = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 */


struct dictionary {
    int code_value;
    int parent_code;
    char character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>{<br>  int next_code;<br>  int character;<br>  int string_code;<br>  unsigned int index;<br>  unsigned int i;<br><br>  next_code = FIRST_CODE;<br>  for ( i = 0 ; i < TABLE_SIZE ; i++ )<br>    dict[ i ].code_value = UNUSED;<br>  if ( ( string_code = getc( input ) ) == EOF )<br>    string_code = END_OF_STREAM;<br>  while ( ( character = getc( input ) ) != EOF ) {<br>    index = find_child_node( string_code, character );<br>    if ( dict[ index ].code_value != - 1 )<br>      string_code = dict[ index ].code_value;<br>    else {<br>      if ( next_code <= MAX_CODE ) {<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
            dict[ index ].code_value = next_code++;
            dict[ index ].parent_code = string_code;
            dict[ index ].character = (char) character;
        }
        OutputBits( output, (unsigned long) string_code, BITS );
        string_code = character;
      }
    }
    OutputBits( output, (unsigned long) string_code, BITS );
    OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
    while ( argc-- > 0 )
       printf( "Unknown argument: %s\n", *argv++ ); }


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, the convert the codes to a string of characters.
 * The only catch in the whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
      character = old_code;
      putc( old_code, output );

  while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
            != END_OF_STREAM ) {
  /*
  ** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
  ** case which generates an undefined code. It handles it by decoding
  ** the last code, and adding a single character to the end of the
  ** decode string.
  */
      if ( new_code >= next_code ) {
        decode_stack[ 0 ] = (char) character;
        count = decode_string( 1, old_code );
      }
      else
        count  = decode_string( 0, new_code );
      character = decode_stack[ count - 1 ];
      while ( count > 0 )
        putc( decode_stack[ --count ], output );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        if ( next_code <= MAX_CODE ) {
            dict[ next_code ].parent_code = old_code;
            dict[ next_code ].character = (char) character;
            next_code++;

        }
        old_code = new_code;

    }
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );

}


/*
 * This hashing routine is responsible for finding the table location
 * for a string/character combination. The table index is created
 * by using an exclusive OR combination of the prefix and character.
 * This code also has to check for collisions, and handles them by
 * jumping around in the table.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (code content below) |

```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
        dict[ index ].character == (char) child_character )
      return( index );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        index  -= offset;
        if ( index < 0 )
            index += TABLE_SIZE;
    }
}
/*
 * This routine decodes a string from the dictionary, and stores it
 * in the decode_stack data structure. It returns a count to the
 * calling program of how many characters were placed in the stack.
 */

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
    while ( code > 255 ) {
        decode_stack[ count++ ] = dict[ code ].character;
        code = dict[ code ].parent_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
    }


/************************* End of LZW12.C *************************/
```<br><br>pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*************************** Start of LZW15V.C ***************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines the maximum
 * number of bits that can be used in the output code. TABLE_SIZE defines
 * the size of the dictionary table. TABLE_BANKS are the number of
 * 256 element dictionary pages needed. The code defines should be
 * self-explanatory.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#define BITS             15
#define MAX_CODE         (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE       35023L
#define TABLE_BANKS      ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM    256
#define BUMP_CODE        257
#define FLUSH_CODE       258
#define FIRST_CODE       259
#define UNUSED           -1


/*
* Local prototypes.
*/
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage            = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 *
 * Note that in order to handle 16 bit segmented compilers, such as most
 * of the MS-DOS compilers, it was necessary to break up the dictionary
 * into a table of smaller dictionary pointers. Every reference to the
 * dictionary was replaced by a macro that did a pointer dereference
 * first. By breaking up the index along byte boundaries we should be as
 * efficient as possible.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
struct dictionary
{
  int code_value;
  int parent_code;
  char character;
} *dict[ TABLE_BANKS ];

#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]

/*
 * Other global data structures. The decode_stack is used to reverse
 * strings that come out of the tree during decoding. next_code is the
 * next code to be added to the dictionary, both during compression and
 * decompression. current_code_bits defines how many bits are currently
 * being used for output, and next_bump_code defines the code that will
 * trigger the next jump in word size.
 */

char decode_stack[ TABLE_SIZE ];
unsigned int next_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
 * This routine is used to initialize the dictionary, both when the
 * compressor or decompressor first starts up, and also when a flush
 * code comes in. Note that even though the decompressor sets all
 * the code_value elements to UNUSED, it doesn't really need to.
 */

void InitializeDictionary( void )
{
    unsigned int i;

    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        DICT( i ).code_value = UNUSED;
    next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( 'F', stdout );
current_code_bits = 9;
next_bump_code = 511;
}


/*
* This routine allocates the dictionary. Since the total size of the
* dictionary is much larger than 64K, it can't be allocated as a single
* object. Instead, it is allocated as a set of pointers to smaller
* dictionary objects. The special DICT() macro is used to translate
* indices into pairs of references.
*/

void InitializeStorage( void )
{
  int i;

  for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
    dict[ i ] = (struct dictionary *)
                  calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        if ( dict[ i ] == NULL )
            fatal_error( "Error allocating dictionary space" );
        }
    }


    /*
     * The compressor is short and simple. It reads in new symbols one
     * at a time from the input file. It then checks to see if the
     * combination of the current symbol and the current code are already
     * defined in the dictionary. If they are not, they are added to the
     * dictionary, and we start over with a new one symbol code. If they
     * are, the code for the combination of the code and character becomes
     * our new code. Note that in this enhanced version of LZW, the
     * encoder needs to check the codes for boundary conditions.
     */

    void CompressFile( input, output, argc, argv )
    ``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
    int character;
    int string_code;
    unsigned int index;

    InitializeStorage();
    InitializeDictionary();
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( DICT( index ).code_value != - 1)
            string_code = DICT( index ).code_value;
        else {
            DICT( index ).code_value = next_code++;
            DICT( index ).parent_code = string_code;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
            (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
              (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
              (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>    }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
* The file expander operates much like the encoder. It has to
* read in codes, then convert the codes to a string of characters.
* The only catch in then whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception. All of the special
* input codes are handled in various ways.
*/


void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int argc;
char *argv[];
{
  unsigned int new_code;
  unsigned int old_code;
  int character;
  unsigned int count;

  InitializeStorage();
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
  for ( ; ; ) {
    InitializeDictionary();
    old_code = (unsigned int) InputBits( input, current_code_bits );
    if ( old_code == END_OF_STREAM )
      return;
    character = old_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            putc( decode_stack[ -count ], output );
        DICT( next_code ).parent_code = old_code;
        DICT( next_code ).character = (char) character;
        next_code++;
        old_code = new_code;
      }
    }
}


/*
 * This hashing routine is responsible for finding the table location
 * for a string/character combination. The table index is created
 * by using an exclusive OR combination of the prefix and character.
 * This code also has to check for collisions, and handles them by
 * jumping around in the table.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>unsigned int find_child_node( parent_code, child_character )<br>int parent_code;<br>int child_character;<br>{<br>  unsigned int index;<br>  int offset;<br><br>  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;<br>  if ( index == 0 )<br>    offset = 1;<br>  else<br>    offset = TABLE_SIZE - index;<br>  for ( ; ; ) {<br>    if ( DICT( index ).code_value == UNUSED )<br>      return( (unsigned int) index );<br>    if ( DICT( index ).parent_code == parent_code &&<br>      DICT( index ).character == (char) child_character )<br>      return( index );<br>    if ( index >= offset )<br>      index -= offset;<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>         else
             index += TABLE_SIZE - offset;
       }
     }


     /*
     * This routine decodes a string from the dictionary, and stores it
     * in the decode_stack data structure. It returns a count to the
     * calling program of how many characters were placed in the stack.
     */

     unsigned int decode_string( count, code )
     unsigned int count;
     unsigned int code;
     {
       while ( code > 255 ) {
         decode_stack[ count++ ] = DICT( code ).character;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
    code = DICT( code ).parent_code;

  }
  decode_stack[ count++ ] = (char) code;
  return( count );

}



/*********************** End of LZW15V.C *********************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412<br><br>"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376<br><br>"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.<br><br>To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.<br><br>The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382<br><br>"* The second complication lies in the fact that some files are not very<br>* compressible. In fact, for some files the LZSS algorithm may actually<br>* cause the file to expand. In these cases, the compression routine<br>* gives up and passes a failure code back to Insert(). When this<br>* happens, the routine has to seek back to the start of the file, rewind |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art.  Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [14.0] The method of claim 12, wherein a data packet that includes the data fields also includes multiple messages. | Nelson discloses a data packet that includes the data fields also includes multiple messages:<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26<br><br>"If the dictionary index used here could be encoded as an integer index into a table, we would achieve |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm: <br><br> 1. To parse the input text stream into fragments tested against the dictionary. <br> 2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches. <br> 3. To add new phrases to the dictionary. <br> 4. To encode dictionary indices and plain text so that they are distinguishable." p. 222 <br><br> "The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223 <br><br> "Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code. <br><br> As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular. <br><br> Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard. <br><br> Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
| --- | --- |
| | 2,400 baud, compressing images becomes even more crucial. <br><br> Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utillizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams. <br><br> But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229 <br><br> "The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233 <br><br> "LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241 <br><br> "The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241 |

"As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer.

Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression.

LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.

To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.

The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285

```
"old_string[ 0 ] = getc(input);
old_string[ 1 ] = '\0';
while ( !feof( input ) ) {
        character = getc( input );
        strcpy( new_string, old_string );
        strncat( new_string, &character, 1 );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
           if ( in_dictionary( new_string ) )
                 strcpy( old_string, new_string );
           else {
                 code = look_up_dictionary( old_string );
                 output_code( code );
                 add_to_dictionary( new_string );
                 old_string[ 0 ] = character;
                 old_string[ 1 ] = '\0';
           }
     }
     code = look_up_dictionary( old_string );
     output_code( code );" p. 285
``` <br><br> "A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output. |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

Input String:  " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
        new_string = dictionary_lookup( new_code );
        fputs( new_string, output );
        append_char_to_string( old_string, new_string[ 0 ] );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    add_to_dictionary( old_string );
    strcpy( old_string, new_string );

}
``` |

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
    int index;
    int offset;

    index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
    if ( index == 0 )
        offset = 1;
    else
        offset = TABLE_SIZE - index;
    for ( ;; ) {
        if ( dict[ index ].code_value == UNUSED )
            return( index );
        if ( dict[ index ].parent_code == parent_code &&
            dict[ index ].character == (char) child_character )
        return( index );
        index -= offset;
        if ( index < 0 )
            index += TABLE_SIZE;
    }
}" pp. 291-292
```

```
"next_code = FIRST_CODE;
for ( i = 0 ; i < TABLE_SIZE ; i++ )
    dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                    string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
            index = find_child_node( string_code, character );
            if ( dict[ index ].code_value != - i )
                    string_code = dict[ index ].code_value;
            else {
                    if ( next_code <= MAX_CODE ) {
                            dict[ index ].code_value = next_code++;
                            dict[ index ].parent_code = string_code;
                            dict[ index ].character = (char) character;
                    }
                    OutputBits( output, string_code, BITS );
                    string_code = character;
            }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293

"unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
                code = dict[ code ].parent_code;
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
}" p. 295

"next_code = FIRST_CODE;
old_code = InputBits( input, BITS );
if ( old_code == END_OF_STREAM )
        return;
character = old_code;
putc( old_code, output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br><br>```<br>while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {<br>        if ( new_code >= next_code ) {<br>                decode_stack[ 0 ] = (char) character;<br>                count = decode_string( 1, old_code );<br>        }<br>        else<br>                count = decode_string( 0, new_code );<br>        character = decode_stack[ count - 1 ];<br>        while ( count > 0 )<br>                putc( decode_stack[ --count ], output );<br>        if ( next_code <= MAX_CODE ) {<br>                dict[ next_code ].parent_code = old_code;<br>                dict[ next_code ].character = (char) character;<br>                next_code++;<br>        }<br>        old_code = new_code;<br>}" pp. 295-296<br>``` |

```
/*********************** Start of LZW12.C ***********************
*
* This is 12 bit LZW program, which is discussed in the first part
* of the chapter. It uses a fixed size code, and does not attempt
* to flush the dictionary after it fills up.
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS          12
#define MAX_CODE      ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE    5021
#define END_OF_STREAM 256
#define FIRST_CODE    257
#define UNUSED        -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage           = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 */


struct dictionary {
    int code_value;
    int parent_code;
    char character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
{
    int next_code;
    int character;
    int string_code;
    unsigned int index;
    unsigned int i;

    next_code = FIRST_CODE;
    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - 1)
            string_code = dict[ index ].code_value;
        else {
            if ( next_code <= MAX_CODE ) {
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>            dict[ index ].code_value = next_code++;<br>            dict[ index ].parent_code = string_code;<br>            dict[ index ].character = (char) character;<br>          }<br>        OutputBits( output, (unsigned long) string_code, BITS );<br>        string_code = character;<br>      }<br>    }<br>    OutputBits( output, (unsigned long) string_code, BITS );<br>    OutputBits( output, (unsigned long) END_OF_STREAM, BITS );<br>    while ( argc-- > 0 )<br>      printf( "Unknown argument: %s\n", *argv++ ); }<br><br><br>/*<br> * The file expander operates much like the encoder. It has to<br> * read in codes, the convert the codes to a string of characters.<br> * The only catch in the whole operation occurs when the encoder<br> * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this<br> * occurs, the encoder outputs a code that is not presently defined<br> * in the table. This is handled as an exception.<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | (see code below) |

```
      character = old_code;
      putc( old_code, output );

   while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
            != END_OF_STREAM ) {
   /*
   ** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
   ** case which generates an undefined code. It handles it by decoding
   ** the last code, and adding a single character to the end of the
   ** decode string.
   */
      if ( new_code >= next_code ) {
        decode_stack[ 0 ] = (char) character;
        count = decode_string( 1, old_code );
      }
      else
        count  = decode_string( 0, new_code );
      character = decode_stack[ count - 1 ];
      while ( count > 0 )
        putc( decode_stack[ --count ], output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
        if ( next_code <= MAX_CODE ) {
            dict[ next_code ].parent_code = old_code;
            dict[ next_code ].character = (char) character;
            next_code++;
        }
        old_code = new_code;
    }
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
 * This hashing routine is responsible for finding the table location
 * for a string/character combination. The table index is created
 * by using an exclusive OR combination of the prefix and character.
 * This code also has to check for collisions, and handles them by
 * jumping around in the table.
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
    int index;
    int offset;

    index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
    if ( index == 0 )
        offset = 1;
    else
        offset = TABLE_SIZE - index;
    for ( ; ; ) {
        if ( dict[ index ].code_value == UNUSED )
            return( index );
        if ( dict[ index ].parent_code == parent_code &&
             dict[ index ].character == (char) child_character )
            return( index );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
          index -= offset;
          if ( index < 0 )
             index += TABLE_SIZE;
       }
    }
    /*
    * This routine decodes a string from the dictionary, and stores it
    * in the decode_stack data structure. It returns a count to the
    * calling program of how many characters were placed in the stack.
    */

    unsigned int decode_string( count, code )
    unsigned int count;
    unsigned int code;
    {
      while ( code > 255 ) {
         decode_stack[ count++ ] = dict[ code ].character;
         code = dict[ code ].parent_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>      }
      decode_stack[ count++ ] = (char) code;
      return( count );
  }


  /************************* End of LZW12.C *************************/

pp. 296-302</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW15V.C *************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines the maximum
 * number of bits that can be used in the output code. TABLE_SIZE defines
 * the size of the dictionary table. TABLE_BANKS are the number of
 * 256 element dictionary pages needed. The code defines should be
 * self-explanatory.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#define BITS            15
#define MAX_CODE        (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE      35023L
#define TABLE_BANKS     ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM   256
#define BUMP_CODE       257
#define FLUSH_CODE      258
#define FIRST_CODE      259
#define UNUSED          -1


/*
 * Local prototypes.
 */
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage          = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*
* Note that in order to handle 16 bit segmented compilers, such as most
* of the MS-DOS compilers, it was necessary to break up the dictionary
* into a table of smaller dictionary pointers. Every reference to the
* dictionary was replaced by a macro that did a pointer dereference
* first. By breaking up the index along byte boundaries we should be as
* efficient as possible.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
struct dictionary
{
  int code_value;
  int parent_code;
  char character;
} *dict[ TABLE_BANKS ];

#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]

/*
 * Other global data structures. The decode_stack is used to reverse
 * strings that come out of the tree during decoding. next_code is the
 * next code to be added to the dictionary, both during compression and
 * decompression. current_code_bits defines how many bits are currently
 * being used for output, and next_bump_code defines the code that will
 * trigger the next jump in word size.
 */

char decode_stack[ TABLE_SIZE ];
unsigned int next_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
int current_code_bits;
unsigned int next_bump_code;


/*
 * This routine is used to initialize the dictionary, both when the
 * compressor or decompressor first starts up, and also when a flush
 * code comes in. Note that even though the decompressor sets all
 * the code_value elements to UNUSED, it doesn't really need to.
 */

void InitializeDictionary( void )
{
    unsigned int i;

    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        DICT( i ).code_value = UNUSED;
    next_code = FIRST_CODE;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( 'F', stdout );
current_code_bits = 9;
next_bump_code = 511;
}


/*
* This routine allocates the dictionary. Since the total size of the
* dictionary is much larger than 64K, it can't be allocated as a single
* object. Instead, it is allocated as a set of pointers to smaller
* dictionary objects. The special DICT() macro is used to translate
* indices into pairs of references.
*/

void InitializeStorage( void )
{
    int i;

    for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
        dict[ i ] = (struct dictionary *)
                        calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        if ( dict[ i ] == NULL )
            fatal_error( "Error allocating dictionary space" );
    }
}


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code. Note that in this enhanced version of LZW, the
 * encoder needs to check the codes for boundary conditions.
 */

void CompressFile( input, output, argc, argv )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>FILE *input;<br>BIT_FILE *output;<br>int argc;<br>char *argv[];<br>{<br>  int character;<br>  int string_code;<br>  unsigned int index;<br><br>  InitializeStorage();<br>  InitializeDictionary();<br>  if ( ( string_code = getc( input ) ) == EOF )<br>    string_code = END_OF_STREAM;<br>  while ( ( character = getc( input ) ) != EOF ) {<br>    index = find_child_node( string_code, character );<br>    if ( DICT( index ).code_value != - 1)<br>      string_code = DICT( index ).code_value;<br>    else {<br>      DICT( index ).code_value = next_code++;<br>      DICT( index ).parent_code = string_code;<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
                (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
                  (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
                  (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
    }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
 * The file expander operates much like the encoder. It has to
 * read in codes, then convert the codes to a string of characters.
 * The only catch in then whole operation occurs when the encoder
 * encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
 * occurs, the encoder outputs a code that is not presently defined
 * in the table. This is handled as an exception. All of the special
 * input codes are handled in various ways.
 */


void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>int argc;<br>char *argv[];<br>{<br>  unsigned int new_code;<br>  unsigned int old_code;<br>  int character;<br>  unsigned int count;<br><br>  InitializeStorage();<br>  while ( argc-- > 0 )<br>    printf( "Unknown argument: %s\n", *argv++ );<br>  for ( ; ; ) {<br>    InitializeDictionary();<br>    old_code = (unsigned int) InputBits( input, current_code_bits );<br>    if ( old_code == END_OF_STREAM )<br>      return;<br>    character = old_code;<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
              putc( decode_stack[ -count ], output );
          DICT( next_code ).parent_code = old_code;
          DICT( next_code ).character = (char) character;
          next_code++;
          old_code = new_code;
        }
      }
    }

/*
* This hashing routine is responsible for finding the table location
* for a string/character combination. The table index is created
* by using an exclusive OR combination of the prefix and character.
* This code also has to check for collisions, and handles them by
* jumping around in the table.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
    unsigned int index;
    int offset;

    index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
    if ( index == 0 )
        offset = 1;
    else
        offset = TABLE_SIZE - index;
    for ( ; ; ) {
        if ( DICT( index ).code_value == UNUSED )
            return( (unsigned int) index );
        if ( DICT( index ).parent_code == parent_code &&
            DICT( index ).character == (char) child_character )
            return( index );
        if ( index >= offset )
            index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    else
        index += TABLE_SIZE - offset;
   }
 }


/*
* This routine decodes a string from the dictionary, and stores it
* in the decode_stack data structure. It returns a count to the
* calling program of how many characters were placed in the stack.
*/

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
  while ( code > 255 ) {
      decode_stack[ count++ ] = DICT( code ).character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
    code = DICT( code ).parent_code;

  }
  decode_stack[ count++ ] = (char) code;
  return( count );

}


/*********************** End of LZW15V.C ***********************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412 |

"As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412

"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376

"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.

To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.

The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382

"* The second complication lies in the fact that some files are not very
* compressible. In fact, for some files the LZSS algorithm may actually
* cause the file to expand. In these cases, the compression routine
* gives up and passes a failure code back to Insert(). When this
* happens, the routine has to seek back to the start of the file, rewind

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art. Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [20.0] The method of claim 12, wherein the compressing is performed on a server, and wherein the compressed data is transmitted from the server. | Nelson discloses the compressing is performed on a server, and wherein the compressed data is transmitted from the server:<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS code." p. 26 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:<br><br>1. To parse the input text stream into fragments tested against the dictionary.<br>2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.<br>3. To add new phrases to the dictionary.<br>4. To encode dictionary indices and plain text so that they are distinguishable." p. 222<br><br>"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223<br><br>"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code.<br><br>As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.<br><br>Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.<br><br>Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.<br><br>Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utililizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.<br><br>But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229<br><br>"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233<br><br>"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241 |

"As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer.

Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression.

LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.

To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.

The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285

```
"old_string[ 0 ] = getc(input);
old_string[ 1 ] = '\0';
while ( !feof( input ) ) {
        character = getc( input );
        strcpy( new_string, old_string );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
                   strncat( new_string, &character, 1 );
                   if ( in_dictionary( new_string ) )
                           strcpy( old_string, new_string );
                   else {
                           code = look_up_dictionary( old_string );
                           output_code( code );
                           add_to_dictionary( new_string );
                           old_string[ 0 ] = character;
                           old_string[ 1 ] = '\0';
                   }
           }
           code = look_up_dictionary( old_string );
           output_code( code );" p. 285
```

"A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output. |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

Input String: " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
        new_string = dictionary_lookup( new_code );
        fputs( new_string, output );
        append_char_to_string( old_string, new_string[ 0 ] );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see below) |

```
                    add_to_dictionary( old_string );
                    strcpy( old_string, new_string );

            }
```

Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287

```
"unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292

"next_code = FIRST_CODE;
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
                index = find_child_node( string_code, character );
                if ( dict[ index ].code_value != - i )
                        string_code = dict[ index ].code_value;
                else {
                        if ( next_code <= MAX_CODE ) {
                                dict[ index ].code_value = next_code++;
                                dict[ index ].parent_code = string_code;
                                dict[ index ].character = (char) character;
                        }
                        OutputBits( output, string_code, BITS );
                        string_code = character;
                }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293

"unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
                code = dict[ code ].parent_code;
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
}" p. 295

"next_code = FIRST_CODE;
old_code = InputBits( input, BITS );
if ( old_code == END_OF_STREAM )
        return;
character = old_code;
putc( old_code, output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {
        if ( new_code >= next_code ) {
                decode_stack[ 0 ] = (char) character;
                count = decode_string( 1, old_code );
        }
        else
                count = decode_string( 0, new_code );
        character = decode_stack[ count - 1 ];
        while ( count > 0 )
                putc( decode_stack[ --count ], output );
        if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
        }
        old_code = new_code;
}" pp. 295-296


/************************* Start of LZW12.C *************************
*
* This is 12 bit LZW program, which is discussed in the first part
* of the chapter. It uses a fixed size code, and does not attempt
* to flush the dictionary after it fills up.
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage            = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 */


struct dictionary {
    int code_value;
    int parent_code;
    char character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | (code continues below) |

```
{
    int next_code;
    int character;
    int string_code;
    unsigned int index;
    unsigned int i;

    next_code = FIRST_CODE;
    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - 1)
            string_code = dict[ index ].code_value;
        else {
            if ( next_code <= MAX_CODE ) {
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
                dict[ index ].code_value = next_code++;
                dict[ index ].parent_code = string_code;
                dict[ index ].character = (char) character;
              }
            OutputBits( output, (unsigned long) string_code, BITS );
            string_code = character;
          }
        }
    OutputBits( output, (unsigned long) string_code, BITS );
    OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ ); }


/*
* The file expander operates much like the encoder. It has to
* read in codes, the convert the codes to a string of characters.
* The only catch in the whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>    character = old_code;
    putc( old_code, output );

while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
        != END_OF_STREAM ) {
/*
** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
** case which generates an undefined code. It handles it by decoding
** the last code, and adding a single character to the end of the
** decode string.
*/
    if ( new_code >= next_code ) {
      decode_stack[ 0 ] = (char) character;
      count = decode_string( 1, old_code );
    }
    else
      count  = decode_string( 0, new_code );
    character = decode_stack[ count - 1 ];
    while ( count > 0 )
      putc( decode_stack[ --count ], output );</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
            if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
            }
            old_code = new_code;
        }
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
    }


    /*
    * This hashing routine is responsible for finding the table location
    * for a string/character combination. The table index is created
    * by using an exclusive OR combination of the prefix and character.
    * This code also has to check for collisions, and handles them by
    * jumping around in the table.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
         dict[ index ].character == (char) child_character )
      return( index );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
    index -= offset;
    if ( index < 0 )
        index += TABLE_SIZE;
  }
}
/*
* This routine decodes a string from the dictionary, and stores it
* in the decode_stack data structure. It returns a count to the
* calling program of how many characters were placed in the stack.
*/

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
  while ( code > 255 ) {
     decode_stack[ count++ ] = dict[ code ].character;
     code = dict[ code ].parent_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```<br>        }<br>        decode_stack[ count++ ] = (char) code;<br>        return( count );<br>    }<br><br><br>    /************************* End of LZW12.C *************************/<br>```<br><br>pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW15V.C ************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | ```
/*
 * Constants used throughout the program. BITS defines the maximum
 * number of bits that can be used in the output code. TABLE_SIZE defines
 * the size of the dictionary table. TABLE_BANKS are the number of
 * 256 element dictionary pages needed. The code defines should be
 * self-explanatory.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | |

```
#define BITS            15
#define MAX_CODE        (  ( 1 << BITS ) - 1 )
#define TABLE_SIZE      35023L
#define TABLE_BANKS     ( ( TABLE_SIZE >> 8 ) + 1 )
#define END_OF_STREAM   256
#define BUMP_CODE       257
#define FLUSH_CODE      258
#define FIRST_CODE      259
#define UNUSED          -1


/*
* Local prototypes.
*/
#ifdef_STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
#else
unsigned int find_child_node();
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage           = "in-file out-file\n\n";


/*
* This data structure defines the dictionary. Each entry in the
* dictionary has a code value. This is the code emitted by the
* compressor. Each code is actually made up of two pieces: a
* parent_code, and a character. Code values of less than 256 are
* actually plain text codes.
*
* Note that in order to handle 16 bit segmented compilers, such as most
* of the MS-DOS compilers, it was necessary to break up the dictionary
* into a table of smaller dictionary pointers. Every reference to the
* dictionary was replaced by a macro that did a pointer dereference
* first. By breaking up the index along byte boundaries we should be as
* efficient as possible.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```<br>struct dictionary<br>{<br>    int code_value;<br>    int parent_code;<br>    char character;<br>} *dict[ TABLE_BANKS ];<br><br>#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]<br><br>/*<br> * Other global data structures. The decode_stack is used to reverse<br> * strings that come out of the tree during decoding. next_code is the<br> * next code to be added to the dictionary, both during compression and<br> * decompression. current_code_bits defines how many bits are currently<br> * being used for output, and next_bump_code defines the code that will<br> * trigger the next jump in word size.<br> */<br><br>char decode_stack[ TABLE_SIZE ];<br>unsigned int next_code;<br>``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
 * This routine is used to initialize the dictionary, both when the
 * compressor or decompressor first starts up, and also when a flush
 * code comes in. Note that even though the decompressor sets all
 * the code_value elements to UNUSED, it doesn't really need to.
 */

void InitializeDictionary( void )
{
    unsigned int i;

    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        DICT( i ).code_value = UNUSED;
    next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>    putc( 'F', stdout );<br>    current_code_bits = 9;<br>    next_bump_code = 511;<br>}<br><br><br>/*<br> * This routine allocates the dictionary. Since the total size of the<br> * dictionary is much larger than 64K, it can't be allocated as a single<br> * object. Instead, it is allocated as a set of pointers to smaller<br> * dictionary objects. The special DICT() macro is used to translate<br> * indices into pairs of references.<br> */<br><br>void InitializeStorage( void )<br>{<br>    int i;<br><br>    for ( i = 0 ; i < TABLE_BANKS ; i++ ) {<br>        dict[ i ] = (struct dictionary *)<br>                    calloc( 256, sizeof ( struct dictionary ) );<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
if ( dict[ i ] == NULL )
    fatal_error( "Error allocating dictionary space" );
    }
}


/*
* The compressor is short and simple. It reads in new symbols one
* at a time from the input file. It then checks to see if the
* combination of the current symbol and the current code are already
* defined in the dictionary. If they are not, they are added to the
* dictionary, and we start over with a new one symbol code. If they
* are, the code for the combination of the code and character becomes
* our new code. Note that in this enhanced version of LZW, the
* encoder needs to check the codes for boundary conditions.
*/


void CompressFile( input, output, argc, argv )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br> |

```
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
    int character;
    int string_code;
    unsigned int index;

    InitializeStorage();
    InitializeDictionary();
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( DICT( index ).code_value != - 1)
            string_code = DICT( index ).code_value;
        else {
            DICT( index ).code_value = next_code++;
            DICT( index ).parent_code = string_code;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
| --- | --- |
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
            (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
              (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
              (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>    }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
* The file expander operates much like the encoder. It has to
* read in codes, then convert the codes to a string of characters.
* The only catch in then whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception. All of the special
* input codes are handled in various ways.
*/


void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>```<br>int argc;<br>char *argv[];<br>{<br>  unsigned int new_code;<br>  unsigned int old_code;<br>  int character;<br>  unsigned int count;<br><br>  InitializeStorage();<br>  while ( argc-- > 0 )<br>    printf( "Unknown argument: %s\n", *argv++ );<br>  for ( ; ; ) {<br>    InitializeDictionary();<br>    old_code = (unsigned int) InputBits( input, current_code_bits );<br>    if ( old_code == END_OF_STREAM )<br>      return;<br>    character = old_code;<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            putc( decode_stack[ −count ], output );
        DICT( next_code ).parent_code = old_code;
        DICT( next_code ).character = (char) character;
        next_code++;
        old_code = new_code;
      }
    }
}


/*
* This hashing routine is responsible for finding the table location
* for a string/character combination. The table index is created
* by using an exclusive OR combination of the prefix and character.
* This code also has to check for collisions, and handles them by
* jumping around in the table.
*/
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>        else
            index += TABLE_SIZE - offset;
      }
    }


    /*
    * This routine decodes a string from the dictionary, and stores it
    * in the decode_stack data structure. It returns a count to the
    * calling program of how many characters were placed in the stack.
    */

    unsigned int decode_string( count, code )
    unsigned int count;
    unsigned int code;
    {
      while ( code > 255 ) {
        decode_stack[ count++ ] = DICT( code ).character;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
    code = DICT( code ).parent_code;

  }
  decode_stack[ count++ ] = (char) code;
  return( count );

}



/*********************** End of LZW15V.C **********************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/ NEW_CODE | OLD_CODE | STRING/ Output | CHARACTER | New table entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412<br><br>"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376<br><br>"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.<br><br>To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.<br><br>The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382<br><br>"* The second complication lies in the fact that some files are not very<br>* compressible. In fact, for some files the LZSS algorithm may actually<br>* cause the file to expand. In these cases, the compression routine<br>* gives up and passes a failure code back to Insert(). When this<br>* happens, the routine has to seek back to the start of the file, rewind |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | * the input file, and store it instead of compressing it. Because of<br>* this, the starting position of the file in the output CAR file is also<br>* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br>To the extent it is found that the element is not expressly disclosed in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art. Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |
| [21.0] The method of claim 12, wherein the recognizing includes analyzing the data within the data fields and excludes analyzing based on a descriptor that is indicative of the recognized characteristic, attribute, or parameter of the data within the | Nelson discloses the recognizing includes analyzing the data within the data fields and excludes analyzing based on a descriptor that is indicative of the recognized characteristic, attribute, or parameter of the data within the data fields:<br><br>"ARC is a general-purpose program that performs both file compression and archiving, two features that often go hand in hand. (Unix users typically archive files first using TAR, then they compress the entire archive.) ARC could originally compress files using run-length encoding, order-0 static Huffman coding, or LZW compression. The original LZW code for ARC appears to be a derivative of the Unix COMPRESS |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| data fields. | code." p. 26 |

"If the dictionary index used here could be encoded as an integer index into a table, we would achieve respectable compression with what is actually a very simple algorithm. This code is a specialized one set up to apply to written documents, but the principle behind it is similar to that behind many more sophisticated algorithms. It illustrates the basic components of an adaptive dictionary compression algorithm:

1. To parse the input text stream into fragments tested against the dictionary.
2. To test the input fragments against the dictionary; it may or may not be desirable to report on partial matches.
3. To add new phrases to the dictionary.
4. To encode dictionary indices and plain text so that they are distinguishable." p. 222

"The corresponding decompression program has a slightly different set of requirements. It no longer has to parse the input text stream into fragments, and it doesn't have to test fragments against the dictionary. Instead, it has the following requirements: (1) to decode the input stream into either dictionary indices or plain text; (2) to add new phrases to the dictionary; (3) to convert dictionary indices into phrases; and (4) to output phrases as plain text. The ability to accomplish these tasks with relatively low costs in system resources made dictionary-based programs popular over the last ten years." pp. 222-223

"Dictionary-based compression has found more and more homes in the last ten years as both hardware and software improvements make it practical. We can subdivide applications for dictionary-based compression into two areas: general-purpose programs and hardware-specific code.

As shown, dictionary-based coding took over desktop general-purpose compression. In the MS-DOS world, programs such as PKZIP, ARC, ARJ, and LHarc all use dictionary-based algorithms to compress and archive files in a general-purpose manner. Most of these programs have ports to at least one or two other platforms, UNIX being the most popular.

Dictionary-based compression is also used in some special-purpose desktop programs. Most backup programs, for example, use some form of compression to make their operation faster and more efficient. PC Backup, by Central Point Software, uses a dictionary-based algorithm from Stac Electronics, the company that produced the QIC-122 compression standard.

Compuserve Information Service developed a dictionary-based compression scheme used to encode bit-mapped graphical images. The GIF format uses an LZW variant to compress repeated sequences in screen images. Compression is clearly needed when using these type of images. Computer images take up lots of

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | storage space. As video resolutions improve, the size of the saved images grows dramatically. Compuserve users also typically use modems to upload or download these images. When confined to a maximum of 2,400 baud, compressing images becomes even more crucial.<br><br>Compressing files before transmitting them saves telecommunications bandwidth. But this requires compatible compression software on both ends. An even more effective method of utililizing bandwidth would be to build data compression directly into the modem. Microcom Corp. originally developed this idea, which used Huffman coding to compress data before it was transmitted by its modems. Microcom's compression algorithm, MNP-5, uses a dynamic Huffman coding scheme that performs well as a general-purpose compressor on most data streams.<br><br>But the international telecommunications industry has recently ratified and is rapidly adopting a new compression algorithm used by modem manufacturers: V.42bis, a dictionary-based compression scheme which offers better compression ratios than MNP-5. With the adoption of an international standard, modem builders can now implement data compression in their modems and have confidence that they will pass this data on to modems from Other manufacturers." p. 228-229<br><br>"The genesis of modem dictionary-based compression can be traced to the 1977 Ziv and Lempel paper, "A Universal Algorithm for Sequential Data Compression," published in IEEE Transactions on Information Theory. In retrospect, this algorithm (referred to hereafter as LZ77) does not seem particularly remarkable. It is simple enough that it could have easily been described thirty or forty years earlier, and there is no doubt that it could have been implemented at least as a "proof of principle" program well before 1977." p. 233<br><br>"LZSS compression seeks to avoid some of the bottlenecks and performance problems in the original LZ77 algorithm. It makes two major changes to the way the algorithm works. The first is in the way the text window is maintained. Under LZ77, the phrases in the text window were stored as a single contiguous block of text, with no other organization on top of it. LZSS still stores text in contiguous windows, but it creates an additional data structure that improves on the organization of the phrases. As each phrase passes out of the look-ahead buffer and into the encoded portion of the text windows, LZSS adds the phrase to a tree structure. In the implementation that will be used in this chapter, the tree is a binary search tree. By sorting the phrases into a tree such as this, the time required to find the longest matching phrase in the tree will no longer be proportional to the product of the window size and the phrase length. Instead, it will be proportional to the base 2 logarithm of the window size multiplied by the phrase length. The savings created by using the tree not only makes the compression side of the algorithm much more efficient, it also encourages experimentation with longer window sizes. Doubling the size of the text window now might |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | only cause a small increase in the compression time, whereas before it would have doubled it." pp. 240-241 |

"The second change lies in the actual tokens output by the compression algorithm. Recall that LZ77 output tokens consisted of a phrase offset, a match length, and the character that followed the phrase. This meant that LZ77 was compelled to alternate pointers with plain characters, regardless of the nature of the input text. LZSS instead allows pointers and characters to be freely intermixed. When first starting up, for example, the compression algorithm may not find any phrase matches to output for the first dozen or so input symbols. Under the LZ77 system, the encoder would still have to output a dummy match position with a length of zero for every symbol it output. LZSS instead uses a single bit as a prefix to every output token to indicate whether it is an offset/length pair or a single symbol for output. When outputting several consecutive single characters, this method reduces the overhead from possibly several bytes per character down to a single byte per character." p. 241

"As with LZ77, LZ78 was first published in a research journal and discussed in a very technical and abstract fashion. It wasn't until 1984 that a variant of LZ78 made headway in the Programming world. This was when Terry Welch published "A Technique for High-Performance Data Compression" in IEEE Computer.

Work on the UNIX COMPRESS program began almost immediately after Terry Welch's article appeared. The technique Welch described, and the implementation in COMPRESS, are referred to as LZW compression.

LZSS improved on LZ77 compression by eliminating the requirement that each token output a phrase and a character. LZW makes the same improvement on LZ78. In fact, under LZW, the compressor never outputs single characters, only phrases.

To do this, the major change in LZW is to preload the phrase dictionary with single symbol phrases equal to the number of symbols in the alphabet. Thus, there is no symbol that cannot be immediately encoded even if it has not already appeared in the input stream.

The LZW compression algorithm in its simplest form follows. A quick examination of the algorithm shows that LZW always tries to output codes for strings that are already known. And each time a new code is output, a new string is added to the string table." p. 285

```
old_string[ 0 ] = getc(input);
old_string[ 1 ] = '\0';
while ( !feof( input ) ) {
        character = getc( input );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | strcpy( new_string, old_string ); <br> strncat( new_string, &character, 1 ); <br> if ( in_dictionary( new_string ) ) <br>        strcpy( old_string, new_string ); <br> else { <br>        code = look_up_dictionary( old_string ); <br>        output_code( code ); <br>        add_to_dictionary( new_string ); <br>        old_string[ 0 ] = character; <br>        old_string[ 1 ] = '\0'; <br>      } <br>  } <br> code = look_up_dictionary( old_string ); <br> output_code( code );" p. 285 <br><br> "A sample string used to demonstrate the algorithm is shown next. The input string is a set of English words from a spelling dictionary, separated by the ' ' character. On the first pass through the loop, a check is performed to see if the string 'W' is in the table. Since it isn't, the code for ' ' is output, and the string 'W' is added to the table. Since the dictionary has codes 0-255 already defined as the 256 possible character values, the first string definition is assigned to code 256. After the third letter, 'E', has been read in, the second string code, 'WE', is added to the table, and the code for letter 'W' is output. In the second word, the characters ' ' and 'W' are read in, matching string number 256. Code 256 is then output, and a three-character string is added to the string table. The process continues until the string is exhausted and all codes have been output. |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

Input String: " WED WE WEE WEB WET"

| Characters Input | Code Output | New code value and associated string |
|---|---|---|
| " W" | ' ' | 256 = " W" |
| "E" | 'W' | 257 = "WE" |
| "D" | 'E' | 258 = "ED" |
| " " | "D" | 259 = "D " |
| "WE" | 256 | 260 = " WE" |
| " " | 'E' | 261 = "E " |
| "WEE" | 260 | 262 = " WEE" |
| " W" | 261 | 263 = "E W" |
| "EB" | 257 | 264 = "WEB" |
| " " | B | 265 = "B " |
| "WET" | 260 | 266 = " WET" |
| <EOF> | T | |

The sample output for the string is shown with the resulting string table. The string table fills up rapidly, since a new string is added each time a code is output. In this highly redundant input, five code substitutions were output, along with seven characters.

If we were using nine-bit codes for output, the nineteen-character input string would be reduced to a 13.5-byte output string. Of course, this example was carefully chosen to demonstrate code substitution. In real world examples, compression usually doesn't begin until a sizable table has been built, usually after at least one hundred or so bytes have been read in." pp. 286-287

"The companion algorithm for compression is the decompression algorithm. It takes the stream of codes output from the compression algorithm and uses them to recreate the exact input stream. One reason for the efficiency of the LZW algorithm is that it does not need to pass the dictionary to the decompressor. The table can be built exactly as it was during compression, using the input stream as data. This is possible because the compression algorithm always outputs the phrase and character components of a code before it uses it in the output stream, so the compressed data is not burdened with carrying a large dictionary.

```
old_string[ 0 ] = input_bits();
old_string[ 1 ] = '\0';
putc( old_string[ 0 ], output )
while ( ( new_code = input_bits() ) != EOF )
    new_string = dictionary_lookup( new_code );
    fputs( new_string, output );
    append_char_to_string( old_string, new_string[ 0 ] );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br>add_to_dictionary( old_string );<br>strcpy( old_string, new_string );<br><br>}<br><br>Preceding is a rough C implementation. Like the compression algorithm, it adds a new string to the string table each time it reads in a new code. In addition, it translates each incoming code into a string and sends it to the output." p. 287 |

"unsigned int find_child_node( parent_code, child_character )

```
int parent_code;
int child_character;
{
        int index;
        int offset;

        index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
        if ( index == 0 )
                offset = 1;
        else
                offset = TABLE_SIZE - index;
        for ( ;; ) {
                if ( dict[ index ].code_value == UNUSED )
                        return( index );
                if ( dict[ index ].parent_code == parent_code &&
                        dict[ index ].character == (char) child_character )
                return( index );
                index -= offset;
                if ( index < 0 )
                        index += TABLE_SIZE;
        }
}" pp. 291-292
```

"next_code = FIRST_CODE;
```
for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
if ( ( string_code = getc( input ) ) == EOF )
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
                string_code = END_OF_STREAM;
while ( ( character = getc( input ) ) != EOF ) {
                index = find_child_node( string_code, character );
                if ( dict[ index ].code_value != - i )
                        string_code = dict[ index ].code_value;
                else {
                        if ( next_code <= MAX_CODE ) {
                                dict[ index ].code_value = next_code++;
                                dict[ index ].parent_code = string_code;
                                dict[ index ].character = (char) character;
                        }
                        OutputBits( output, string_code, BITS );
                        string_code = character;
                }
}
OutputBits( output, string_code, BITS );
OutputBits( output, END_OF_STREAM, BITS );" p. 293

"unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
        while ( code > 255 ) {
                decode_stack[ count++ ] = dict[ code ].character;
                code = dict[ code ].parent_code;
        }
        decode_stack[ count++ ] = (char) code;
        return( count );
}" p. 295

"next_code = FIRST_CODE;
old_code = InputBits( input, BITS );
if ( old_code == END_OF_STREAM )
        return;
character = old_code;
putc( old_code, output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | see below |

```
while ( ( new_code = InputBits( input, BITS ) ) != END OF STREAM ) {
        if ( new_code >= next_code ) {
                decode_stack[ 0 ] = (char) character;
                count = decode_string( 1, old_code );
        }
        else
                count = decode_string( 0, new_code );
        character = decode_stack[ count - 1 ];
        while ( count > 0 )
                putc( decode_stack[ --count ], output );
        if ( next_code <= MAX_CODE ) {
                dict[ next_code ].parent_code = old_code;
                dict[ next_code ].character = (char) character;
                next_code++;
        }
        old_code = new_code;
}" pp. 295-296

/*************************** Start of LZW12.C ************************
*
* This is 12 bit LZW program, which is discussed in the first part
* of the chapter. It uses a fixed size code, and does not attempt
* to flush the dictionary after it fills up.
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines how many bits
 * will be in a code. TABLE_SIZE defines the size of the dictionary
 * table.
 */
#define BITS            12
#define MAX_CODE        ( ( 1 << BITS ) - 1 )
#define TABLE_SIZE      5021
#define END_OF_STREAM   256
#define FIRST_CODE      257
#define UNUSED          -1
/*
 * Local prototypes.
 */
#ifdef _STDC_
unsigned int find_child_node( int parent_code, int child_character );
unsigned int decode_string( unsigned int offset, unsigned int code );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <br> |

```
#else
unsigned int find_child_node ();
unsigned int decode_string ();
#endif


char *CompressionName = "LZW 12 Bit Encoder";
char *Usage          = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 */

struct dictionary {
    int code_value;
    int parent_code;
    char character;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
} dict[ TABLE_SIZE ];

char decode_stack[ TABLE_SIZE ];

/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code.
 */

void CompressFile( input, output, argc, argv )
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>{
    int next_code;
    int character;
    int string_code;
    unsigned int index;
    unsigned int i;

    next_code = FIRST_CODE;
    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        dict[ i ].code_value = UNUSED;
    if ( ( string_code = getc( input ) ) == EOF )
        string_code = END_OF_STREAM;
    while ( ( character = getc( input ) ) != EOF ) {
        index = find_child_node( string_code, character );
        if ( dict[ index ].code_value != - 1 )
            string_code = dict[ index ].code_value;
        else {
            if ( next_code <= MAX_CODE ) {</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br><br> |

```
                dict[ index ].code_value = next_code++;
                dict[ index ].parent_code = string_code;
                dict[ index ].character = (char) character;
            }
        OutputBits( output, (unsigned long) string_code, BITS );
        string_code = character;
        }
    }
    OutputBits( output, (unsigned long) string_code, BITS );
    OutputBits( output, (unsigned long) END_OF_STREAM, BITS );
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ ); }


/*
* The file expander operates much like the encoder. It has to
* read in codes, the convert the codes to a string of characters.
* The only catch in the whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>*/
void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
int argc;
char *argv[];
{
    unsigned int next_code;
    unsigned int new_code;
    unsigned int old_code;
    int character;
    unsigned int count;

    next_code = FIRST_CODE;
    old_code = (unsigned int) InputBits( input, BITS );
    if ( old_code == END_OF_STREAM )
        return;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br> |

```
    character = old_code;
    putc( old_code, output );

while ( ( new_code = (unsigned int) InputBits( input, BITS ) )
          != END_OF_STREAM ) {
/*
** This code checks for the CHARACTER+STRING+CHARACTER+STRING+CHARACTER
** case which generates an undefined code. It handles it by decoding
** the last code, and adding a single character to the end of the
** decode string.
*/
    if ( new_code >= next_code ) {
       decode_stack[ 0 ] = (char) character;
       count = decode_string( 1, old_code );
    }
    else
       count  = decode_string( 0, new_code );
    character = decode_stack[ count - 1 ];
    while ( count > 0 )
       putc( decode_stack[ --count ], output );
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
| --- | --- |
| | |

```
        if ( next_code <= MAX_CODE ) {
           dict[ next_code ].parent_code = old_code;
           dict[ next_code ].character = (char) character;
           next_code++;
        }
        old_code = new_code;
     }
   while ( argc-- > 0 )
       printf( "Unknown argument: %s\n", *argv++ );
   }


   /*
   * This hashing routine is responsible for finding the table location
   * for a string/character combination. The table index is created
   * by using an exclusive OR combination of the prefix and character.
   * This code also has to check for collisions, and handles them by
   * jumping around in the table.
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
*/
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( dict[ index ].code_value == UNUSED )
      return( index );
    if ( dict[ index ].parent_code == parent_code &&
        dict[ index ].character == (char) child_character )
      return( index );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>    index -= offset;<br>    if ( index < 0 )<br>        index += TABLE_SIZE;<br>  }<br>}<br>/*<br> * This routine decodes a string from the dictionary, and stores it<br> * in the decode_stack data structure. It returns a count to the<br> * calling program of how many characters were placed in the stack.<br> */<br><br>unsigned int decode_string( count, code )<br>unsigned int count;<br>unsigned int code;<br>{<br>  while ( code > 255 ) {<br>      decode_stack[ count++ ] = dict[ code ].character;<br>      code = dict[ code ].parent_code;</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <pre>        }<br>        decode_stack[ count++ ] = (char) code;<br>        return( count );<br>    }<br><br><br>    /************************* End of LZW12.C *************************/</pre><br><br>pp. 296-302 |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/************************* Start of LZW15V.C *************************
*
* This is the LZW module which implements a more powerful version
* of the algorithm. This version of the program has three major
* improvements over LZW12.C. First, it expands the maximum code size
* to 15 bits. Second, it starts encoding with 9 bit codes, working
* its way up in bit size only as necessary. Finally, it flushes the
* dictionary when done.
*
* Note that under MS-DOS this program needs to be built using the
* Compact or Large memory model.
*
*/
#include <stdio.h>
#include <stdlib.h>
#include <string.h>
#include "errhand.h"
#include "bitio.h"
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
/*
 * Constants used throughout the program. BITS defines the maximum
 * number of bits that can be used in the output code. TABLE_SIZE defines
 * the size of the dictionary table. TABLE_BANKS are the number of
 * 256 element dictionary pages needed. The code defines should be
 * self-explanatory.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | <br>```<br>#define BITS            15<br>#define MAX_CODE        (  ( 1 << BITS ) - 1 )<br>#define TABLE_SIZE      35023L<br>#define TABLE_BANKS     ( ( TABLE_SIZE >> 8 ) + 1 )<br>#define END_OF_STREAM   256<br>#define BUMP_CODE       257<br>#define FLUSH_CODE      258<br>#define FIRST_CODE      259<br>#define UNUSED          -1<br><br><br>/*<br> * Local prototypes.<br> */<br>#ifdef_STDC_<br>unsigned int find_child_node( int parent_code, int child_character );<br>unsigned int decode_string( unsigned int offset, unsigned int code );<br>#else<br>unsigned int find_child_node();<br>```<br> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int decode_string();
#endif


char *CompressionName = "LZW 15 Bit Variable Rate Encoder";
char *Usage           = "in-file out-file\n\n";


/*
 * This data structure defines the dictionary. Each entry in the
 * dictionary has a code value. This is the code emitted by the
 * compressor. Each code is actually made up of two pieces: a
 * parent_code, and a character. Code values of less than 256 are
 * actually plain text codes.
 *
 * Note that in order to handle 16 bit segmented compilers, such as most
 * of the MS-DOS compilers, it was necessary to break up the dictionary
 * into a table of smaller dictionary pointers. Every reference to the
 * dictionary was replaced by a macro that did a pointer dereference
 * first. By breaking up the index along byte boundaries we should be as
 * efficient as possible.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
struct dictionary
{
    int code_value;
    int parent_code;
    char character;
} *dict[ TABLE_BANKS ];

#define DICT( i ) dict[ i >> 8 ][ i & 0xff ]

/*
* Other global data structures. The decode_stack is used to reverse
* strings that come out of the tree during decoding. next_code is the
* next code to be added to the dictionary, both during compression and
* decompression. current_code_bits defines how many bits are currently
* being used for output, and next_bump_code defines the code that will
* trigger the next jump in word size.
*/

char decode_stack[ TABLE_SIZE ];
unsigned int next_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
int current_code_bits;
unsigned int next_bump_code;


/*
 * This routine is used to initialize the dictionary, both when the
 * compressor or decompressor first starts up, and also when a flush
 * code comes in. Note that even though the decompressor sets all
 * the code_value elements to UNUSED, it doesn't really need to.
 */

void InitializeDictionary( void )
{
    unsigned int i;

    for ( i = 0 ; i < TABLE_SIZE ; i++ )
        DICT( i ).code_value = UNUSED;
    next_code = FIRST_CODE;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
putc( 'F', stdout );
current_code_bits = 9;
next_bump_code = 511;
}


/*
 * This routine allocates the dictionary. Since the total size of the
 * dictionary is much larger than 64K, it can't be allocated as a single
 * object. Instead, it is allocated as a set of pointers to smaller
 * dictionary objects. The special DICT() macro is used to translate
 * indices into pairs of references.
 */

void InitializeStorage( void )
{
  int i;

  for ( i = 0 ; i < TABLE_BANKS ; i++ ) {
    dict[ i ] = (struct dictionary *)
                   calloc( 256, sizeof ( struct dictionary ) );
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
if ( dict[ i ] == NULL )
    fatal_error( "Error allocating dictionary space" );
  }
}


/*
 * The compressor is short and simple. It reads in new symbols one
 * at a time from the input file. It then checks to see if the
 * combination of the current symbol and the current code are already
 * defined in the dictionary. If they are not, they are added to the
 * dictionary, and we start over with a new one symbol code. If they
 * are, the code for the combination of the code and character becomes
 * our new code. Note that in this enhanced version of LZW, the
 * encoder needs to check the codes for boundary conditions.
 */

void CompressFile( input, output, argc, argv )
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
FILE *input;
BIT_FILE *output;
int argc;
char *argv[];
{
  int character;
  int string_code;
  unsigned int index;

  InitializeStorage();
  InitializeDictionary();
  if ( ( string_code = getc( input ) ) == EOF )
    string_code = END_OF_STREAM;
  while ( ( character = getc( input ) ) != EOF ) {
    index = find_child_node( string_code, character );
    if ( DICT( index ).code_value != - 1)
      string_code = DICT( index ).code_value;
    else {
      DICT( index ).code_value = next_code++;
      DICT( index ).parent_code = string_code;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
DICT( index ).character = (char) character;
OutputBits( output,
              (unsigned long) string_code, current_code_bits );
string_code = character;
if ( next_code > MAX_CODE ) {
  OutputBits( output,
              (unsigned long) FLUSH_CODE, current_code_bits );
  InitializeDictionary();
} else if ( next_code > next_bump_code ) {
  OutputBits( output,
              (unsigned long) BUMP_CODE, current_code_bits );
  current_code_bits++;
  next_bump_code <<= 1;
  next_bump_code |= 1;
  putc( 'B', stdout );
}
}
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
    }
    OutputBits( output, (unsigned long) string_code, current_code_bits );
    OutputBits( output, (unsigned long) END_OF_STREAM, current_code_bits);
    while ( argc-- > 0 )
        printf( "Unknown argument: %s\n", *argv++ );
}


/*
* The file expander operates much like the encoder. It has to
* read in codes, then convert the codes to a string of characters.
* The only catch in then whole operation occurs when the encoder
* encounters a CHAR+STRING+CHAR+STRING+CHAR sequence. When this
* occurs, the encoder outputs a code that is not presently defined
* in the table. This is handled as an exception. All of the special
* input codes are handled in various ways.
*/


void ExpandFile( input, output, argc, argv )
BIT_FILE *input;
FILE *output;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | (see code below) |

```
int argc;
char *argv[];
{
  unsigned int new_code;
  unsigned int old_code;
  int character;
  unsigned int count;

  InitializeStorage();
  while ( argc-- > 0 )
    printf( "Unknown argument: %s\n", *argv++ );
  for ( ; ; ) {
    InitializeDictionary();
    old_code = (unsigned int) InputBits( input, current_code_bits );
    if ( old_code == END_OF_STREAM )
      return;
    character = old_code;
```

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | <pre>putc( old_code, output );
for ( ; ; ) {
  new_code = (unsigned int) InputBits( input, current_code_bits );
  if ( new_code == END_OF_STREAM )
    return;
  if ( new_code == FLUSH_CODE )
    break;
  if ( new_code == BUMP_CODE ) {
    current_code_bits++;
    putc( 'B', stdout );
    continue;
  }
  if ( new_code >= next_code ) {
    decode_stack[ 0 ] = (char) character;
    count = decode_string( 1, old_code );
  }
  else
    count = decode_string( 0, new_code );
  character = decode_stack[ count - 1 ];
  while ( count > 0 )</pre> |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
            putc( decode_stack[ -count ], output );
        DICT( next_code ).parent_code = old_code;
        DICT( next_code ).character = (char) character;
        next_code++;
        old_code = new_code;
      }
    }
  }

/*
 * This hashing routine is responsible for finding the table location
 * for a string/character combination. The table index is created
 * by using an exclusive OR combination of the prefix and character.
 * This code also has to check for collisions, and handles them by
 * jumping around in the table.
 */
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
unsigned int find_child_node( parent_code, child_character )
int parent_code;
int child_character;
{
  unsigned int index;
  int offset;

  index = ( child_character << ( BITS - 8 ) ) ^ parent_code;
  if ( index == 0 )
    offset = 1;
  else
    offset = TABLE_SIZE - index;
  for ( ; ; ) {
    if ( DICT( index ).code_value == UNUSED )
      return( (unsigned int) index );
    if ( DICT( index ).parent_code == parent_code &&
      DICT( index ).character == (char) child_character )
      return( index );
    if ( index >= offset )
      index -= offset;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | ```
        else
            index += TABLE_SIZE - offset;
    }
}


/*
* This routine decodes a string from the dictionary, and stores it
* in the decode_stack data structure. It returns a count to the
* calling program of how many characters were placed in the stack.
*/

unsigned int decode_string( count, code )
unsigned int count;
unsigned int code;
{
  while ( code > 255 ) {
    decode_stack[ count++ ] = DICT( code ).character;
``` |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|

```
    code = DICT( code ).parent_code;

 }
 decode_stack[ count++ ] = (char) code;
 return( count );

}



/************************ End of LZW15V.C ************************/
```

pp. 302-311

"Following is the output of the algorithm given the input created by the earlier compression. Note that the string table ends up looking exactly like the table built during compression. The output string is identical to the input string from the compression algorithm. Note also that the first 256 codes are already defined to translate to single-character strings, as in the compression code.

Input Codes: " WED<256>E<260><261><257>B<260>T"

| Input/<br>NEW_CODE | OLD_CODE | STRING/<br>Output | CHARACTER | New table<br>entry |
|---|---|---|---|---|
| ' ' | ' ' | " " | | |
| 'W' | ' ' | "W" | 'W' | 256 = " W" |
| 'E' | 'W' | "E" | 'E' | 257 = "WE" |
| 'D' | 'E' | "D" | 'D' | 258 = "ED" |
| 256 | 'D' | " W" | ' ' | 259 = "D " |
| 'E' | 256 | "E" | 'E' | 260 = " WE" |
| 260 | 'E' | " WE" | ' ' | 261 = "E " |
| 261 | 260 | "E " | 'E' | 262 = " WEE" |
| 257 | 261 | "WE" | 'W' | 263 = "E W" |
| 'B' | 257 | "B" | 'B' | 264 = "WEB" |
| 260 | 'B' | " WE" | ' ' | 265 = "B " |
| 'T' | 260 | "T" | 'T' | 266 = " WET" |

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
| | "As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412 |

"As can be seen from this listing, the compression method employed in CARMAN is LZSS, with the compression code being nearly identical to that shown in Chapter 8. Files that could not be compressed to less than their original size will instead be stored in uncompressed format." p. 412

"The final step in the program is to call the OutputCode() routine one last time with a dummy non-zero value. The OutputCode0 routine tracks consecutive zeros for the run-length encoding portion of the program. If the file ends with several consecutive zeros, they may need to be flushed before the program exits." p. 376

"As if this prefix code didn't complicate things enough, OutputCode() has an additional thing to worry about: run-length encoding. Since it doesn't make sense to have a number of bits equal to zero, that value is actually used to encode a run of zeros. The number of consecutive zeros is encoded as a four-bit number immediately following a bit count of zero. Note that the four-bit number encodes runs of length 1 to 16, not 0 to 15 as might be first suspected. This is done since there is no reason to waste a code on a run length of zero.

To properly encode runs of zeros, OutputCode tracks the current run length. Anytime OutputCode() is called to send out a value of zero, the routine actually just increments the run-length counter, then returns.

The routine will finally be able to output the length of a run when one of two things happens. First, the run length can actually reach sixteen. This is the longest run we can encode, which means it will flush the counter with a run output. The other situation is when OutputCode() is called to send a non-zero code, and the run-length counter is zero. This means a run has just concluded, and it is time to output it. The final complication in this routine is the encoding of normal numbers. As was shown in the earlier figure, these have an unusual format, with each code encoding a range of negative numbers, then a range of positive numbers, with a gap in between. OutputCode() first determines how many bits are going to be needed to encode the code by sitting in a loop checking to see if the output code falls in the appropriate range. When it finds the correct range, it encodes the number, using a different offset for negative and positive numbers." p. 382

"* The second complication lies in the fact that some files are not very
* compressible. In fact, for some files the LZSS algorithm may actually
* cause the file to expand. In these cases, the compression routine
* gives up and passes a failure code back to Insert(). When this
* happens, the routine has to seek back to the start of the file, rewind

| U.S. Patent No. 8,717,204 | MARK NELSON, THE DATA COMPRESSION BOOK (1992) ("Nelson") |
|---|---|
|  | \* the input file, and store it instead of compressing it. Because of<br>\* this, the starting position of the file in the output CAR file is also<br>\* stored when the routine starts up." p. 469<br><br>"Compression ratios are used to describe the difference between a file and a compressed copy of itself. There are several different ways of expressing this number. One common method is a ratio between input and output, as in 'a 4:1 compression ratio.' Another popular method is to express the difference between the files as a percentage ranging from 0% to 100% (or greater, if the compression failed to actually reduce the size of the file). Some people invert this scale, using 100% as the 'best' compression ratio. Occasionally, you still see the ratio of compressed to plain files expressed as 'bits per byte.'" p. 507<br><br>"Macro substitution methods use a dictionary to compress data. A string of symbols is encoded as a pointer into a dictionary. An adaptive method, such as LZ77, is continually modifying its dictionary. A static dictionary will compress an entire stream using the same dictionary." p. 508<br><br>"An Escape code is a special symbol used to 'escape' from the current context. In data compression, escape codes are frequently used when a symbol, not found in the current dictionary of symbols, needs to be encoded. The Escape code tells the decoder to change to a different context, where the symbol can be properly coded." p. 508<br><br>"Lossless compression is used to compress a text stream so that it can be expanded into an identical copy of the stream. This type of compression is normally required for data files." p. 510<br><br>To the extent it is found that the element is not expressly disclosed  in Nelson, viewing Nelson as a whole and in view of contemporary prior art, this element would have been inherent or obvious to one of ordinary skill in the art.  Nelson renders it obvious, either alone, in combination with the knowledge of a person of ordinary skill in the art, and/or in combination with other prior art references identified in the cover pleading or herein. |